IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HUA HOU, et al.,                          §
                                          §
            Plaintiffs,                   §
                                          §
VS.                                       §    Civil Action No. 3:21-CV-2958-D
                                          §
BERRY APPLEMAN & LEIDEN LLP,              §
et al.,                                   §
                                          §
            Defendants.                   §

## ORDER

On December 6, 2021 the court filed an order directing that, no later than 21 days from the date of the order, plaintiffs file an amended complaint that alleges diversity of citizenship, in conformity with 28 U.S.C. § 1332; otherwise, this lawsuit would be subject to dismissal without prejudice for want of subject matter jurisdiction.  Plaintiffs have not complied with the order.

Accordingly, no later than February 1, 2022 plaintiffs must comply with the court's December 6, 2021 order.  If they fail to do so, this action will be dismissed without prejudice for want of subject matter jurisdiction.

**SO ORDERED**.

January 18, 2022.


_____
SIDNEY A. FITZWATER
SENIOR JUDGE