IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUA HOU et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:21-CV-2958-D |
| | § | |
| BERRY APPLEMAN & LEIDEN LLP et al., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

Response date:  March 16, 2022

## ORDER

Pursuant to Fed. R. Civ. P. 4(m), the court orders that plaintiff demonstrate good cause, in accordance with Rules 4(m) and 6(b), for failing to effect service on defendants Berry Appleman & Leiden, LLP and Claudia Villasenor-Sanchez.  This must be done by filing a written response with the clerk of court no later than the response date specified above.  If the court does not receive the required response on or before the response date, or if the response received by the court fails to demonstrate good cause, the court will dismiss this action as to all defendants, without prejudice, by authority of Rule 4(m).

**SO ORDERED**.

February 23, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE