**HUA HOU**
**LUQIN SUN**
20-1304 Hushan Dijing Wan
Yuhang, Hangzhou, China
Telephone: +001 5102055984
Email: hhou2011@outlook.com

**IN THE DISTRICT COURT OF NORTHERN DISTRICT OF TEXAS**
**IN AND FOR THE COUNTY OF DALLAS**

| | |
|---|---|
| HUA HOU | Case No.:  3:21-cv-02958-D |
| LUQIN SUN | |
| Plaintiff, | **RESPONSE TO ORDER TO SHOW CAUSE** |
| vs. | |
| BERRY APPLEMAN & LEIDEN LLP | |
| CLAUDIA VILLASEÑOR-SANCHEZ | |
| Defendant | |

Dear Judge Sidney A Fitzwater

We are Hua Hou and Luqin Sun, and we are writing here to response to the order issued on February 23rd 2022, which asked "plaintiff demonstrate good cause, in accordance with Rules 4(m) and 6(b), for failing to effect service on defendants Berry Appleman & Leiden, LLP and Claudia Villasenor-Sanchez."

As pro se litigants, plaintiffs (Hua Hou and Luqin Sun) misinterpreted the procedure of the summon service. By filling in the summon service form, plaintiffs presume that court will be responsible for delivering the summon to the defendants. After receiving the order, Plaintiffs realized that it is plaintiffs' duty to effect the service on the defendants for the complaints and the summon.

On March 8th, Plaintiffs hired a local process server to send the summon to the defendants. After four attempts, the documents are successfully received by Sue Wehrer who as the Person In Charge to receive service of process for CLAUDIA VILLASEÑOR-SANCHEZ/ Berry Appleman & Leiden LLP. The Affidavit of Service written by Wendell Miller, the server, is attached for your reference.

Since the defendants received the documents on March 14, 2022 at 12:12 pm at Berry Appleman & Leiden LLP, 2400 N Glenville Dr, Building A, Ste 100, Richardson, TX 75082, the court is

expected to hear from them before April 5th, 2022(within 21 days after the summon service), according to the Rules 6(b).

Respectfully Submitted,

Date:     03/14/2022                          Sign Name:

Print Name:  Hua Hou & Luqin Sun

RESPONSE TO ORDER TO SHOW CAUSE
CASE NO.   3:21-cv-02958-D                          PAGE 2