# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| **Hua Hou et al** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-2958-D |
| **Berry Appleman & Leiden LLP et al** | ) ) | |
| *Defendant* | ) ) | |

## AFFIDAVIT OF SERVICE

I, Wendell Miller, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 8, 2022 at 10:04 am. I delivered these documents on CLAUDIA VILLASEÑOR-SANCHEZ/ Berry Appleman & Leiden LLP in TX on March 14, 2022 at 12:12 pm at Berry Appleman & Leiden LLP, 2400 N Glenville Dr, Building A, Ste 100, Richardson, TX 75082 by leaving the following documents with Sue Wehrer who as Person In Charge is authorized by appointment or by law to receive service of process for CLAUDIA VILLASEÑOR-SANCHEZ/ Berry Appleman & Leiden LLP.

Summons
Complaint

Additional Description:
I entered the reception area of the primary address and sent a message to Claudia Villasenor-Sanchez. She replied that she was working from home this week.
I then sent a message to Susan Wehrer requesting that an officer of the company meet me in reception. Ms. Wehrer met me in reception said Wendell? I'm Sue Wehrer", and accepted the documents.

White Female, est. age 50, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=32.9850435863,-96.7043061555
Photograph: See Exhibit 1

My full name is Wendell Miller. My date of birth is 7/2/1978. My address is 6812 Vero Drive, Plano, TX 75023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Collin County   ,

   TX   on   3/14/2022   .

/s/ *Wendell Miller*

Wendell Miller - (425) 876-4878

Certification Number: PSC-20704

Expiration Date: 12/31/2023

# Exhibit 1

Exhibit 1a)

