10/13/2018

Hua Hou

Dear Hua,

On behalf of Stem, Inc., a Delaware corporation (the "Company"), I am pleased to offer you the position of IoT Operations Center Software Engineer at the Company. Your first day of employment will be 11/1/2018 or such other date as agreed by you and the Company in writing (the "Start Date").

This letter and accompanying enclosure will summarize important details pertaining to your employment. Our benefits, payroll, and other human resource management services are provided through TriNet HR Corporation, a professional employer organization. As a result of Stem's arrangement with TriNet, TriNet will be considered your employer of record for these purposes and your manager here at the Company will be responsible for directing your work, reviewing your performance, setting your schedule, and otherwise directing your work at the Company.

You will report directly to the Director, Network Operations, and will be responsible for the duties and responsibilities customarily associated with your position; however, your title, as well as the nature of your powers and responsibilities may be changed from time to time by the Company in its sole discretion. You will devote your full business time and attention to the business affairs of the Company. You may serve on corporate, civic or charitable boards so long as such entities are not competitive with the Company's business, you disclose the scope and nature of such activities and the Company agrees in advance, such consent to not be unreasonably withheld. Your position is classified as exempt from federal and state overtime laws.

Your base compensation will initially be $150,000.00 (USD) per year, payable semi-monthly, less payroll deductions and all required withholdings in accordance with the Company's normal payroll procedures.   You also will be eligible for a target annual bonus of 10% of your Base Salary, less applicable withholdings, upon achievement of individual and/or Company performance objectives to be determined by the Company's Chief Executive Officer (the "CEO") in his or her sole discretion (the "Bonus").  The Bonus, or any portion thereof, will be paid annually as soon as practicable after the CEO determines that the applicable annual portion of the Bonus has been earned.  Participants must be employed on the payment date to be eligible to receive any payment. Participants must be employed as of October 1 in a Plan Year to be eligible to participate in the Plan for that Plan Year. A participant who is employed after January 1 but prior to October 1 of a Plan Year shall only be eligible to receive an award prorated for the amount of time the participant was employed during the Plan Year.

In addition, if you decide to join the Company, it will be recommended at the first meeting of the Company's Board of Directors following your Start Date that the Company grant you an option to purchase up to 50,000 shares of common stock at a price per share equal to the fair market value per share of the common stock on the date of grant (the "Option").  The Option shall vest with respect to twenty-five percent (25%) of the shares subject to the option 12 months after the Start Date, subject to your continuing employment with the Company.  The remaining shares subject to the Option shall vest monthly over the next 36 months in equal monthly amounts subject to your continuing employment with the Company.  The Option shall be subject to the terms and conditions of the Company's 2009 Equity Incentive Plan (the "Plan") and form of stock option agreement under such plan.

You will be eligible to participate in the employee benefits that are offered by the Company, if any, at the same basis as other similar-level employees. Additional information regarding the



100 Rollins Road
Millbrae
California 94030

T 415 937 7836
F 415 373 0484
stem.com

Company's current benefits package will be provided to you under separate cover. The Company may modify its benefits from time to time, at its discretion.

We also ask that, if you have not already done so, you disclose to the Company any and all agreements relating to your prior employment that may affect your eligibility to be employed by the Company or limit the manner in which you may be employed. It is the Company's understanding that any such agreements will not prevent you from performing the duties of your position and you represent that such is the case. In your work for the Company, you will be expected not to use or disclose any confidential information, including trade secrets, of any former employer or other person to whom you have an obligation of confidentiality. You will be expected to use only that information which is generally known and used by persons with training and experience comparable to your own, which is common knowledge in the industry or otherwise legally in the public domain, or which is otherwise provided or developed by the Company. You assure us that you will be able to perform those duties within the guidelines just described.

You agree that you will not bring onto Company premises any unpublished documents or property belonging to any former employer or other person to whom you have an obligation of confidentiality.

For purposes of federal immigration laws, you will be required to provide to the Company documentary evidence of your identity and eligibility for employment in the United States. Such documentation must be provided within 3 business days of the effective date of this offer letter, or your employment relationship with the Company may be terminated.

The Company is excited about confirming your employment and looks forward to a beneficial and productive relationship. Nevertheless, you should be aware that your employment with the Company is for no specified period and constitutes at will employment. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, the Company is free to conclude its employment relationship with you at any time, with or without cause, and with or without notice. We request that, in the event of resignation, you give the Company at least two weeks notice.

The terms and conditions set forth in this offer letter will be binding and inure to the benefit of (i) your heirs, executors and legal representatives upon your death, and (ii) any successor of the Company. In the event any of the terms and conditions set forth in this offer letter becomes, or is determined to be illegal, unenforceable, or void, all other terms and conditions will continue in full force and effect. This letter will be governed by the laws of the state of California, with the exception of its conflict of laws provisions.

This letter, as well as the Plan, the stock option agreement and your At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement (the "Proprietary Inventions Agreement") to be signed prior to commencing employment as a condition of your employment, will form the complete and exclusive statement of your employment agreement with the Company. Except as otherwise set forth herein, the employment terms in this letter supersede any other offer letters, agreements, representations or promises, whether oral or written. In the event of a conflict between the terms and conditions of this offer letter and the Proprietary Inventions Agreement or your stock option agreement, the terms and provisions of the Proprietary Inventions Agreement and the stock option agreement will control. Any amendment of this offer letter or any waiver of a right under this offer letter must be in a writing signed by you and an officer of the Company. This offer is contingent upon successful completion of a background check.

As a Stem employee, you are required to follow its rules and regulations. Therefore you will be asked to acknowledge in writing that you have read the Company employee handbook, and sign and comply with the attached Proprietary Information and Inventions Agreement (the

Page 2

stem.com

"Proprietary Information Agreement"), which prohibits, among other things, the unauthorized use or disclosure of TriNet's confidential and proprietary information.  In order to retain necessary flexibility in the administration of its policies and procedures, the Company reserves the right to change or revise it policies, procedures, and benefits at any time.

Please sign and date this letter, and return the original, together with the signed Proprietary Inventions Agreement. An additional copy of this letter and the Proprietary Inventions Agreement is enclosed for your convenience.

This offer will expire if it is not accepted, signed and returned by 10/19/2018.

We look forward to your favorable reply and to a productive and enjoyable work relationship.

Best regards,

Erik Egan
Director, Network Operations

Agreed and Accepted:

_____
Hua Hou                                                    Date

stem.com

 **Gmail**

## RE: Stem | Hou, Hua | RFE

**Jo Dulovics** <jdulovics@balglobal.com>                                    Fri, Mar 8, 2019 at 11:53 AM
To: Hua Hou <hhou2011@gmail.com>, Erin Harris <eharris@balglobal.com>, "patti.lusk@stem.com" <patti.lusk@stem.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>

Hi Hua,

My name is Jo Ann and I will be assisting with the RFE response.  Our response is due **May 27**th, but we will respond as soon as we have all of the information.  This particular RFE is requesting more information regarding the specialty nature of your work, this includes explanation that the degree held by you is the normal minimum requirement, that this degree is common throughout the industry for similar positions, and that the position is specialized and complex in nature.  To start, we would like to request an expert letter be drafted by a professor in this field to attest to the fact that the work is highly specialized. These expert letters are a great addition to an RFE response, as they are from an objective source who understand the minimum, normal requirements of the industry.

In order to request a letter like this be written, we will need a more in depth job description.  I have attached a sample to this email for your review.  At your earliest convenience, please fill in the necessary information, and send it back to me.  At that time I will be able to request a quote and an approximation of time for the letter to be written.

Additionally, the RFE requests we expand on why/how your specific degree is relevant and necessary to your position. We will need to explain to USCIS, in detail, that it is not uncommon for someone in your position to hold this degree and that it is something that is utilized in the daily work you will do.  In order to explain this, I have also attached a sample of the information we will need.  Please fill in the course chart and explanation at your earliest convenience, and return to me.

Lastly, it is beneficial to submit evidence regarding the specific duties of the position and the nature of the business operations.  To do this please see any (or all) of the following documents:

- Copies of documentary examples of work products created by employees in similar positions, such as:

    o Reports;

    o Presentations;

    o Evaluations;

    o Designs; or

    o Blueprints

- Additional information about the organization, highlighting the nature, scope, and activity of the business, along with evidence to establish that you will be employed with the duties we set forth such as:

    o Business plans, reports, and presentations that describe the business;

    o Contractual agreements or work orders from clients that will utilize your services; and/or

    o Promotional materials, advertisements, articles, and/or press releases

Please let me know if you have any questions!

Thank you,

**Jo Ann Dulovics,** Immigration Assistant

 **Gmail**

## Rescinding Stem's Offer of Employment

**Erik Egan** <erik.egan@stem.com>                                    Tue, Apr 2, 2019 at 4:46 PM
To: Hua Hou <hhou2011@gmail.com>
Cc: Patti Lusk <patti.lusk@stem.com>

Hello Hua –

This email is to formally confirm the information we discussed by phone earlier today. Unfortunately, Stem finds it necessary to rescind the offer of employment extended to you on October 13, 2018 due to adverse business conditions. All Stem activity regarding processing of your H1-B visa application to the USCIS must also cease, as will any work by Stem's lawyers (BAL) that would incur additional cost to Stem.

Per your request, however, Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.

I am deeply sorry that I have to inform you of this development. I and the team have been looking forward over the past six months to bringing you on board, but that will just not be possible now.

Best regards,

Erik

---

**Erik Egan** | Director, Network Operations

**stem** | **m** 510.499.2041

100 Rollins Road, Millbrae, California 94030

This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information and material for the sole use of the intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

 Gmail

<span style="text-align:right">Hua Hou &lt;hhou2011@gmail.com&gt;</span>

## RE: Stem | Hou, Hua | RFE

**Hua Hou** &lt;hhou2011@gmail.com&gt;                                    Fri, May 24, 2019 at 1:59 PM
To: Erin Harris &lt;eharris@balglobal.com&gt;, Jo Dulovics &lt;jdulovics@balglobal.com&gt;

Hi Erin and Jo,
I was wondering if my RFE package has been prepared to send back USCIS by May 27th.
Here I also attached one more my transcript from Gatech. Please add this one into the package too.

Have a great weekend.

Thanks!
-Hua
[Quoted text hidden]

**4 attachments**

**B · A · L**  **image002.png**
2K

**B · A · L**  **image001.jpg**
1K

📄 **Transcript-CN-DB.pdf**
4058K

📄 **Transcript-CN-DB.pdf**
4058K

 

## RE: Stem | Hou, Hua | RFE

**Hua Hou** <hhou2011@gmail.com>                                                                 Wed, May 29, 2019 at 10:25 AM
To: Erin Harris <eharris@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>

Hi Erin and Jo,
I just want to confirm my RFE package has been sent to USCIS.
Please let me know if you have sent it.

Thanks!
-Hua
[Quoted text hidden]

 Gmail                                                                                    Hua Hou <hhou2011@gmail.com>

**Stem: Rescinding Stem's Offer of Employment**

**Patti Lusk** <patti.lusk@stem.com>                                                                          Thu
To: Hua Hou <hhou2011@gmail.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>, Erin Harris <eharris@balglobal.com>

Hi Hua,

I hope you are doing well.  I just want to remind you of the email below that Stem had rescinded our offer of employment due to business conditions.  This means that we are no longer pursuir
on your behalf and we have closed your case with BAL.

Regards,

Patti

**Patti Lusk** | Vice President, Human Resources

**stem** | **m** 503.250.4854

100 Rollins Road, Millbrae, California 94030

 **athena** The world's most advanced energy intelligence

This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information an
intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

**From:** Erik Egan <erik.egan@stem.com>
**Date:** Tuesday, April 2, 2019 at 4:47 PM
**To:** Hua Hou <hhou2011@gmail.com>
**Cc:** Patricia Lusk <patti.lusk@stem.com>
**Subject:** Rescinding Stem's Offer of Employment

Hello Hua –

This email is to formally confirm the information we discussed by phone earlier today. Unfortunately, Stem finds it necessary to rescind the offer of employment extended to you on October 13
business conditions. All Stem activity regarding processing of your H1-B visa application to the USCIS must also cease, as will any work by Stem's lawyers (BAL) that would incur additional co

Per your request, however, Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional tim
alternative employment.

I am deeply sorry that I have to inform you of this development. I and the team have been looking forward over the past six months to bringing you on board, but that will just not be possible n

Best regards,

Erik

**Erik Egan** | Director, Network Operations

**stem** | **m** 510.499.2041

100 Rollins Road, Millbrae, California 94030

This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information and material for the sole use of the intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly pr
intended recipient, please contact the sender and delete all copies. Thank you.

 Gmail

Hua Hou <hhou2011@gmail.com>

## Stem: Rescinding Stem's Offer of Employment

**Hua Hou** <hhou2011@gmail.com>                                                                Thu, May 30, 2019 at 2:07 PM
To: Patti Lusk <patti.lusk@stem.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>, Erin Harris <eharris@balglobal.com>

Hi Patti,

Thanks for your email.
As Eric has told me, " Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.". I was wondering if BAL sent out my RFE package they have collected so far to USCIS. If USCIS got the RFE package, they will be spending more time to process it. That's what I want. I need to get more time to stay in valid visa status in order to find the next employer.

Thanks!
-Hua
[Quoted text hidden]

 Gmail

**RE: Stem | Hou, Hua | RFE**

**Hua Hou** <hhou2011@gmail.com>                                                                                    Tue, Nov
To: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>
Cc: Erin Harris <eharris@balglobal.com>

Hi Claudia

Thanks for your reply. I am really worried at that point. Did you receive the withdrawal notice from USCIS? However, the case status online is still RFE pending. As agreed with Stem, they will
before the deadline 5/27/2019. They have never told me that they will withdrawal the case. I think as the attorney, you are supposed to give me the withdrawal notice. I thought the case is pen
is really slow. SO I don't know that my entire family has overstayed.

Please help me! What shall I do?

[Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

        [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]

        Thanks a lot!

      [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]

          [Quoted text hidden]
          [Quoted text hidden]

            [Quoted text hidden]
            [Quoted text hidden]

              [Quoted text hidden]
              [Quoted text hidden]

                [Quoted text hidden]
                [Quoted text hidden]

                  [Quoted text hidden]
                  [Quoted text hidden]

                    [Quoted text hidden]
                    [Quoted text hidden]

                      [Quoted text hidden]
                      [Quoted text hidden]

                        [Quoted text hidden]
                        [Quoted text hidden]

                          Thanks, Patti!

                    [Quoted text hidden]
                      [Quoted text hidden]
                      [Quoted text hidden]
                      [Quoted text hidden]

On Fri, Mar 8, 2019 at 8:14 AM Erin Harris <eharris@balglobal.com> wrote:

Hi Hua,

We have received the request for evidence and are working on gathering what we need for the response. The RFE requesting r
to show your position with Stem is a specialty occupation. These types of RFEs have become common in the past year. We will
as quickly as possible. We will be reaching out to Stem to obtain the necessary information we need. When we have what we r
better able to provide a potential timeline.



Hua Hou <hhou2011@gmail.com>

## RE: Stem | Hou, Hua | RFE

**Hua Hou** <hhou2011@gmail.com>                                    Tue, Nov 26, 2019 at 9:09 AM
To: Erin Harris <eharris@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>

Hi Erin,

As you and Stem have notified me, my case has been closed with your firm.
But I was wondering what the final decision from USCIS is.
I have got a new job offer from Amazon. The law firm of Amazon needs me to provide the latest update for my immigration status.

I just check the USCIS. Both H1b case WAC 1904950069 and H4 case WAC1904950982 are still pending.

Do you have received any final decision from USCIS, since we submitted the Response for Evidence on April 2019?

Thank you very much. I really need your help!
-Hua
[Quoted text hidden]

 Gmail

## RE: Stem | Hou, Hua | RFE

**Claudia Villaseñor Sanchez** <cvillasenor@balglobal.com>
To: "hhou2011@gmail.com" <hhou2011@gmail.com>
Cc: Erin Harris <eharris@balglobal.com>

Tue, Nov 26, 2

Hi Hua,

Thanks for reaching out. It's good to hear from you! Per Stem instructions, we responded to the RFE with a withdrawal. Since Stem's offer for employment wasn't still valid, that was app
compliance with the regulations. Please let me know if you have additional questions.

Best,

—

**Claudia Villaseñor** Associate Attorney, Attorney at Law*

## B · A · L

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A

Richardson, TX, 75082, United States

**T** +1 972 729 6204

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for information on BAL. *Admitted in New York. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended re
notify me and permanently delete the e-mail.

---

**From:** Erin Harris
**Sent:** Tuesday, November 26, 2019 3:51 PM
**To:** Claudia Villaseñor Sanchez
**Subject:** FW: Stem | Hou, Hua | RFE

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Tuesday, November 26, 2019 11:09 AM
**To:** Erin Harris; Jo Dulovics
**Subject:** Re: Stem | Hou, Hua | RFE

Hi Erin,

As you and Stem have notified me, my case has been closed with your firm.

But I was wondering what the final decision from USCIS is.

I have got a new job offer from Amazon. The law firm of Amazon needs me to provide the latest update for my immigration status.

I just check the USCIS. Both H1b case WAC 1904950069 and H4 case WAC1904950982 are still pending.

Do you have received any final decision from USCIS, since we submitted the Response for Evidence on April 2019?

Thank you very much. I really need your help!

 Gmail

Hua Hou <hhou2011@gmail.com>

---

**RE: Stem | Hou, Hua | RFE**

---

**Claudia Villaseñor Sanchez** <cvillasenor@balglobal.com>                                                                          Wed
To: Hua Hou <hhou2011@gmail.com>
Cc: Erin Harris <eharris@balglobal.com>

Hi Hua,

No worries! I understand that this situation is extremely stressful for you.  I am sure your immigration counsel will find a solution. Unfortunately, USCIS website is not always up to date. was issued May 2nd. We will be providing the letter on a separate email for your records. We wish you the best of lucks and a most blessed holiday season.

Best,

—

**Claudia Villaseñor** Associate Attorney, Attorney at Law*

**B·A·L**

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A

Richardson, TX, 75082, United States

**T** +1 972 729 6204

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for information on BAL. *Admitted in New York. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended re and permanently delete the e-mail.

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Wednesday, November 27, 2019 8:30 AM
**To:** Claudia Villaseñor Sanchez
**Cc:** Erin Harris
**Subject:** Re: Stem | Hou, Hua | RFE

Dear Claudia

I am so sorry to send you so many emails. I know your time is very valuable. I just got very worried about the current situation. If I say something improper in my previous emails, please ignor sincerely apology as a nonnative speaker. I appreciate what you did.

I feel much better after talking to my attorney, and he will help me solve my problem. If you can provide more details about the withdrawal, it will be definitely helpful.

Sorry again for the inconvenience.

Have a great holiday!

-Hua

On Wed, Nov 27, 2019 at 3:55 AM Hua Hou <hhou2011@gmail.com> wrote:

> Dear Claudia
>
> Sorry to bother you again. Could you please tell me more details about my case?Like did you receive the withdrawal notification from USCIS? When did you file the withdrawal? The online pending, and I could not find any information about it. I really need to calculate how many days that I have overstayed, which may cause very serious consequences. I worked so hard for th cannot reentry U.S any more.
>
> The online status is till pending. Is it possible that they have not started to process the withdrawal yet?

 Gmail

Hua Hou <hhou2011@gmail.com>

## RE: Stem | Hou, Hua | RFE

**Erin Harris** <eharris@balglobal.com>                                    Wed, Nov 27, 2019 at 7:57 AM
To: Hua Hou <hhou2011@gmail.com>, Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>

Hi Hua,

Attached is the decision from the withdraw. No, we did not respond to the RFE other than withdrawing the petition. Case status online does not always update properly.

Regards,

**Erin Harris**  Senior Paralegal

**B · A · L**

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A, Suite 100

Richardson, TX, 75082, United States

**T** +1 972 729 6080   **F** +1 972 729 6100

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for information on BAL. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Wednesday, November 27, 2019 9:31 AM
**To:** Claudia Villaseñor Sanchez
**Cc:** Erin Harris
**Subject:** Re: Stem | Hou, Hua | RFE

May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



U.S. Citizenship
and Immigration
Services

STEM INC
c/o CLAUDIA VILLASENOR SANCHEZ
BERRY APPLEMAN & LEIDEN LLP
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

WAC1904950969

Form I-129, Petition for a Nonimmigrant Worker

## WITHDRAWAL

On November 19, 2018, you filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS). In order to withdraw a petition, you must request a withdrawal before USCIS issues a decision. Title 8, Code of Federal Regulations (8 CFR) § 103.2(b)(6) states:

> Withdrawal. An applicant or petitioner may withdraw a benefit request at any time until a decision is issued by USCIS or, in the case of an approved petition, until the person is admitted or granted adjustment or change of status, based on the petition. However, a withdrawal may not be retracted.

Subsequent to the filing of the petition, you submitted a written notice requesting the withdrawal of the above-mentioned petition. Pursuant to that request, this notice is the official acknowledgment of your request to withdraw the petition and the record will reflect that your petition has been withdrawn.

The withdrawal of this case is the final action for which there are no appeal rights. However, per 8 CFR § 103.2(b)(15), the withdrawal does not preclude the filing of a new benefit request with a new fee. Please note that the facts and circumstances of the withdrawal may still be considered in the adjudication of future benefit requests, as outlined in 8 CFR § 103.2(b)(15).

Sincerely,

Kathy A. Baran
Director, California Service Center



CSCI129CSCI12000010335969                    1 of 1                    www.uscis.gov

May 2, 2019

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**



LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

WAC1904950982

Form I-539, Application to Extend/Change
Nonimmigrant Status

## DECISION

Applicant(s): LUQIN SUN

On November 19, 2018, you filed a Form I-539, Application to Extend/Change Nonimmigrant Status with U.S. Citizenship and Immigration Services (USCIS).

After careful review and consideration of the entire record, your Form I-539 is denied for the reason(s) discussed below.

You filed this Form I-539 with U.S. Citizenship and Immigration Services (USCIS) requesting a change of status to a(n) H4 dependent of a nonimmigrant worker under the Immigration and Nationality Act (INA).



You were admitted to the United States or granted status as a dependent of a nonimmigrant worker. As a dependent of a nonimmigrant worker, your status is subject to the principal alien's status. Since the Form I-129, Petition for a Nonimmigrant Worker, and concurrent change of status for the principal alien was withdrawn, you do not qualify for the requested change of status.

Therefore, your application is denied. This decision is without prejudice to consideration of subsequent applications to extend/change nonimmigrant status filed with USCIS.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

<div align="center">

USCIS 290B
PO Box 21100

</div>

Phoenix, AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 and/or 103.5; call our National Customer Service Center at 1-800-375-5283; or visit your local USCIS office.

## WARNING CONCERNING UNLAWFUL PRESENCE

Please be aware that, under section 212(a)(9)(B) of the Immigration and Nationality Act (INA), an alien who accrues more than 180 days of unlawful presence in the United States, and then departs, is inadmissible to the United States for a period of either three years or ten years.

You may remain in your current nonimmigrant status until the expiration date indicated on your Form I-94, Arrival-Departure Record. However, if the date listed on your Form I-94 has already passed, this Notice of Decision may leave you without lawful immigration status and you may be present in the United States in violation of the law.

Sincerely,

Kathy A. Baran
Director, California Service Center



May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**



CLAUDIA VILLASENOR SANCHEZ
BERRY APPLEMAN & LEIDEN LLP
2400 N GLENVILLE DR BLDG A 100
RICHARDSON, TX 75082

WAC1904950982

Form I-539, Application to Extend/Change
Nonimmigrant Status

## DECISION



Applicant(s): LUQIN SUN

On November 19, 2018, you filed a Form I-539, Application to Extend/Change Nonimmigrant Status
with U.S. Citizenship and Immigration Services (USCIS).

After careful review and consideration of the entire record, your Form I-539 is denied for the
reason(s) discussed below.

You filed this Form I-539 with U.S. Citizenship and Immigration Services (USCIS) requesting a
change of status to a(n) H4 dependent of a nonimmigrant worker under the Immigration and
Nationality Act (INA).

You were admitted to the United States or granted status as a dependent of a nonimmigrant worker.
As a dependent of a nonimmigrant worker, your status is subject to the principal alien's status. Since
the Form I-129, Petition for a Nonimmigrant Worker, and concurrent change of status for the principal
alien was withdrawn, you do not qualify for the requested change of status.

Therefore, your application is denied. This decision is without prejudice to consideration of
subsequent applications to extend/change nonimmigrant status filed with USCIS.

This decision may not be appealed. However, if you disagree with this decision, or if you have
additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a
motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen
must state the new facts to be considered and must be supported by affidavits or other new
documentary evidence. A motion to reconsider must show that the decision was legally incorrect
according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed
Form I-290B and supporting documentation with the appropriate filing fee to:

<div align="center">

USCIS 290B
PO Box 21100

</div>

Phoenix, AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 and/or 103.5; call our National Customer Service Center at 1-800-375-5283; or visit your local USCIS office.

## WARNING CONCERNING UNLAWFUL PRESENCE

Please be aware that, under section 212(a)(9)(B) of the Immigration and Nationality Act (INA), an alien who accrues more than 180 days of unlawful presence in the United States, and then departs, is inadmissible to the United States for a period of either three years or ten years.

You may remain in your current nonimmigrant status until the expiration date indicated on your Form I-94, Arrival-Departure Record. However, if the date listed on your Form I-94 has already passed, this Notice of Decision may leave you without lawful immigration status and you may be present in the United States in violation of the law.

Sincerely,

Kathy A. Baran
Director, California Service Center



May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**

LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082



WAC1990087501



A140-083-696

RE: I-765, Application for Employment Authorization

## DECISION

This notice is in reference to an Application for Employment Authorization (Form I-765), that you filed with U.S. Citizenship and Immigration Services (USCIS) on December 5, 2018, requesting employment authorization as the spouse of an H-1B nonimmigrant worker under Title 8, Code of Federal Regulations (8 CFR) § 274a.12(c)(26).

8 CFR § 214.2(h)(9)(iv) states:



> H-4 dependents. The spouse and children of an H nonimmigrant, if they are accompanying or following to join such H nonimmigrant in the United States, may be admitted, if otherwise admissible, as H-4 nonimmigrants for the same period of admission or extension as the principal spouse or parent. H-4 nonimmigrant status does not confer eligibility for employment authorization incident to status. An H-4 nonimmigrant spouse of an H-1B nonimmigrant may be eligible for employment authorization only if the H-1B nonimmigrant is the beneficiary of an approved Immigrant Petition for Alien Worker, or successor form, or the H-1B nonimmigrant's period of stay in H-1B status is authorized in the United States under sections 106(a) and (b) of the American Competitiveness in the Twenty-first Century Act of 2000 (AC21), Public Law 106-313, as amended by the 21st Century Department of Justice Appropriations Authorization Act, Public Law 107-273 (2002). To request employment authorization, an eligible H-4 nonimmigrant spouse must file an Application for Employment Authorization, or a successor form, in accordance with 8 CFR 274a.13 and the form instructions. An Application for Employment Authorization must be accompanied by documentary evidence establishing eligibility, including evidence of the spousal relationship and that the principal H-1B is the beneficiary of an approved Immigrant Petition for Alien Worker or has been provided H-1B status under sections 106(a) and (b) of AC21, as amended by the 21st Century Department of Justice Appropriations Authorization Act, the H-1B beneficiary is currently in H-1B status, and the H-4 nonimmigrant spouse is currently in H-4 status.

To be eligible for employment authorization as an H-4 spouse, you must demonstrate you are the spouse of an H-1B nonimmigrant who is the principal beneficiary of an approved Immigrant Petition for Alien Worker (Form I-140), or has been granted an extension of their authorized period of stay in the United States under sections 106(a) and (b) of the American Competitiveness in the Twenty-first

Century Act of 2000, as amended by the 21st Century Department of Justice Appropriations Authorization Act (collectively referred to as "AC21").

The instructions for Form I-765, 8 CFR § 103.2(b)(2), and 8 CFR § 214.2(h)(9)(iv) provide for flexibility in the types of evidentiary documentation that you may submit to establish eligibility for employment authorization. If you cannot submit the primary evidence listed in the form instructions, you may submit secondary evidence, such as an attestation that lists information about the underlying Form I-129 or Form I-140 petition. Such attestation can include the receipt number of your spouse's most current Form I-129 extension of stay or the receipt number of your spouse's approved Form I-140 petition, and the petitioner's and your spouse's name as listed on the Form I-129 or Form I-140.

A review of the record in its entirety does not demonstrate your eligibility for work authorization under 8 CFR § 274a.12(c)(26) for the following reason(s):

- Your Application to Extend/Change Nonimmigrant Status (Form I-539) that sought to extend or change your status as an H-4 spouse was denied. Therefore, you are not in a valid H-4 nonimmigrant status

Therefore, your application for employment authorization is denied.

This decision is without prejudice to consideration of future applications for employment authorization filed with USCIS.

There is no appeal to this decision. However, pursuant to 8 CFR 103.5, a motion can be filed on Form I-290B. Such motion must be accompanied by the proper fee and filed within 30 days of this notice. You may call 1-800-375-5283 or TTY 1-800-767-1833 if you have questions concerning immigration services and benefits.

Sincerely,

Kathy A. Baran
Director, California Service Center

