**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HUA HOU,** *et. al.*, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 21-cv-02958** |
| | § | |
| **BERRY APPLEMAN & LEIDEN LLP,** | § | |
| *et. al.* | § | |
| | § | |
| **Defendant.** | § | |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7,4, LR 81.1(a)(4)(D), and LR 81.2, Berry Appleman & Leiden LLP and Claudia Villasenor-Sanchez provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% more of its stock: **None**.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: **Hua Hou, Luqin Sun, Berry Appleman & Leden LLP, Claudia Villasenor-Sanchez, and Aspen Insurance.**

Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:    */s/ Elvia E. Hague*
Elvia E. Hague
Federal I.D. No. 3242929
Texas Bar No. 24083451
Elvia.Hague@wilsonelser.com

1

272099192v.1

909 Fannin Street, Suite 3300
Houston, TX  77010
Telephone: (713) 353-2039
Facsimile: (713) 785-7780
**ATTORNEY-IN-CHARGE FOR DEFENDANTS BERRY APPLEMAN & LEIDEN LLP AND CLAUDIA VILLASENOR-SANCHEZ**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to Plaintiffs via email in accordance with the Federal Rules of Civil Procedure, on this the 15th day of June, 2022.

Hua Hou
20-1304 Husan Dijing Wan
Yuhang, Hangzhou, China
Hhou2011@outlook.com

*/s/ Elvia E. Hague*
**Elvia E. Hague**

2

272099192v.1