Case 3:21-cv-02958-D    Document 24-1    Filed 06/21/22    Page 1 of 1    PageID 142

## Stem: Rescinding Stem's Offer of Employment  ▶  Inbox ×

**Patti Lusk** <patti.lusk@stem.com>                                                    May 30, 2019, 12:39 PM
to me, Claudia, Jo, Erin ▾

Hi Hua,

I hope you are doing well.  I just want to remind you of the email below that Stem had rescinded our offer of employment due to business conditions.  This means that we are no longer pursuing any immigration work on your behalf and we have closed your case with BAL.

Regards,

Patti

---

**Patti Lusk** | Vice President, Human Resources

**stem**  |  **m**  503.250.4854

100 Rollins Road, Millbrae, California 94030