**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HUA HOU,** *et. al.***,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 21-cv-02958-D** |
| | § | |
| **BERRY APPLEMAN & LEIDEN LLP,** | § | |
| *et. al.***.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANTS BERRY APPLEMAN & LEIDEN LLP AND CLAUDIA VILLASENOR-SANCHEZ'S STATUS REPORT**

COME THE DEFENDANTS, and by their respective undersigned attorneys, and pursuant to the Court's June 2, 2022 Scheduling Order submit this Status Report regarding expected trial length and settlement status.

1. Plaintiffs filed their Initial Complaint on November 24, 2021 for: (1) Count I – Legal Malpractice and (2) Count II – Breach of Fiduciary Duty.

2. Following, Defendants responded with motion practice that resulted in the dismissal of Plaintiffs' Count II – Breach of Fiduciary Duty.

3. Defendants then filed an Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint on December 12, 2022.

4. After propounding written discovery upon Plaintiffs on February 7, 2023, Plaintiffs have not provided discovery answers, responses, nor any of the requested documentation.

5. Moreover, Plaintiffs have not designated an expert witness as required under Rule 267(a)(2) by this Court's June 8, 2023 deadline for doing so.

6.      Thus, without a designated expert supporting Plaintiffs' legal malpractice claim, Defendants also did not designate a rebuttal expert by this Court's deadline of July 7, 2023.

7.      Shortly before Plaintiffs filed their Complaint, Defendants attempted to engage in settlement with Plaintiffs' previous counsel. However, all offers of settlement were rejected.

8.      After Plaintiffs were no longer represented by counsel, no further settlement discussions have occurred.

9.      Based on the foregoing, Defendants expect any potential trial to take two days for its completion.

10.     While Defendants recognize the Scheduling Order requires the submission of a Joint Status Report, Defendants requested agreement from the Plaintiffs with no response.

11.     Defendants intend to revise their Status Report to a "Joint" designation should Plaintiffs agree with its contents.

**Dated: September 8, 2023**                    Respectfully submitted,

By:     */s/ Susan A. Schwartz*

Susan Abbott Schwartz
Wilson Elser Moskowitz Edelman & Dicker, LLP
Texas State Bar No. 00797900
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
E-mail: Susan.Schwartz@wilsonelser.com

2