**From:** Kirk Dillon
**Sent:** Wednesday, November 6, 2019 11:46 AM
**To:** hhou2011@outlook.com
**Cc:** Malia Bow; tmathise@amazon.com; syaamzn@amazon.com
**Subject:** HOU, HUA / H-1B Change of Status / Case # 4735741


Hi Hua,

I wanted to confirm with you that we did receive your questionnaire and documents. Thank you! Throughout this process, please note that your Fragomen points of contact (POCs) will be:

Fragomen Case Team:
Malia Bow, Case Worker, MBow@fragomen.com
Michael Moore, Attorney, MMoore@fragomen.com

**We kindly request that you "reply all" to this thread with any questions you have to ensure your team remains up to date.**

**START DATE AT AMAZON**
We understand that you are currently in F-2 status, and that you intend to join Amazon on 12/02/2020.  Please let us know as soon as possible if your plans change.

***Upon delivery confirmation of your immigration petition with U.S. Citizenship and Immigration Services (USCIS), you are authorized to begin work for Amazon.*** No additional immigration action is required.  If you *prefer* to delay your start date with Amazon until your case is approved, you should discuss with your recruiter moving your start date to a later date.

Our team will send any relevant USCIS notices to Amazon to facilitate the hiring process. If you have questions about when to report to work and/or what documents you need to take with you, please reach out to your recruiter.

**Send us copies of the following documents:**
1.   Spouse's EAD Card

***Please also keep us informed of any international travel plans during this process so that our team can assess any impact to your immigration process.***  Please note that you must be physically present in the U.S. when the petition is filed and received by USCIS.

**NEXT STEPS:**
1.  We will prepare your petition for Amazon's signature. It will take at least two weeks to prepare and file the petition with USCIS. We will also prepare an application for any dependent.
2.  We will send at least three milestone emails to you that will confirm:
a.    when Amazon's petition has been filed with USCIS.
b.    when Amazon's petition has been received by USCIS.
c.    when Amazon's petition has been approved by USCIS.

If you want to check the step-by-step progress of your case, please go to https://ims.fragomen.net.

**INFORMATION REGARDING GREEN CARD SPONSORSHIP AT AMAZON:**

**Green Card Sponsorship**: Amazon is dedicated to providing you with the best employment experience possible. To this end, Amazon generously extends the possibility of sponsorship for U.S. permanent resident status – aka "green card" - sponsorship to eligible employees. If you are interested in learning more about the "Green Card Process", and eligibility for Green Card sponsorship, follow this quick link, **Initiating Your Permanent Residence Case**.

**Why might I want to do a green card assessment?** Amazon highly encourages you to consider the benefit of a green card for extended work authorization in the U.S. beyond your current nonimmigrant visa status. Once you have obtained a green card, you will no longer need the non-immigrant visa or status; rather, as a green card holder, you will have status as a permanent resident of the United States which will allow for your continued work authorization.

**Start an assessment**: If you want to begin the green card assessment, submit a ticket using this quick link, **Green Card Assessment**. It is important that you thoroughly read and follow the instructions within the ticket to move the process forward. As part of this process, you will be required to attach a completed Education and Experience questionnaire to the ticket, which can be found **here,** under Job Specific Questionnaires section. Please select the questionnaire that most closely applies to your current position at Amazon.

**Note**: Quicklinks can only be accessed from the Amazon network.

**\*\*Please note that the above links will only become available to you after you have commenced employment with Amazon.\*\***

If you have any questions, please don't hesitate to contact me and keep everyone in this email CC'ed. Thank you!

Best Regards,

**Kirk Dillon** | Assistant Paralegal 2

FRAGOMEN

**Fragomen, Del Rey, Bernsen & Loewy, LLP**
100 High Street, Boston, MA 021220, USA
Direct: 617-419-7061 | Main: 617-574-0400
KDillon@Fragomen.com

This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email or contact our email administrator at "returnedmail@fragomen.com," and delete this message and all attachments immediately. Fragomen, Del Rey, Bernsen & Loewy, LLP, Fragomen Global LLP, Fragomen Global Immigration Services, LLC and their local entities, members and affiliates operate either as a legal services firm or an immigration consultancy where appropriate and are collectively known as Fragomen. Please see www.fragomen.com/organization for a detailed description of our organization.