**Gmail**

Hua Hou <hhou2011@gmail.com>

## RE: Stem | Hou, Hua | RFE

**Jo Dulovics** <jdulovics@balglobal.com>                                          Fri, Mar 8, 2019 at 11:53 AM
To: Hua Hou <hhou2011@gmail.com>, Erin Harris <eharris@balglobal.com>, "patti.lusk@stem.com" <patti.lusk@stem.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>

Hi Hua,

My name is Jo Ann and I will be assisting with the RFE response.  Our response is due **May 27**th, but we will respond as soon as we have all of the information**.**  This particular RFE is requesting more information regarding the specialty nature of your work, this includes explanation that the degree held by you is the normal minimum requirement, that this degree is common throughout the industry for similar positions, and that the position is specialized and complex in nature.  To start, we would like to request an expert letter be drafted by a professor in this field to attest to the fact that the work is highly specialized. These expert letters are a great addition to an RFE response, as they are from an objective source who understand the minimum, normal requirements of the industry.

In order to request a letter like this be written, we will need a more in depth job description.  I have attached a sample to this email for your review.  At your earliest convenience, please fill in the necessary information, and send it back to me.  At that time I will be able to request a quote and an approximation of time for the letter to be written.

Additionally, the RFE requests we expand on why/how your specific degree is relevant and necessary to your position. We will need to explain to USCIS, in detail, that it is not uncommon for someone in your position to hold this degree and that it is something that is utilized in the daily work you will do.  In order to explain this, I have also attached a sample of the information we will need.  Please fill in the course chart and explanation at your earliest convenience, and return to me.

Lastly, it is beneficial to submit evidence regarding the specific duties of the position and the nature of the business operations.  To do this please see any (or all) of the following documents:

- Copies of documentary examples of work products created by employees in similar positions, such as:

    o Reports;

    o Presentations;

    o Evaluations;

    o Designs; or

    o Blueprints

- Additional information about the organization, highlighting the nature, scope, and activity of the business, along with evidence to establish that you will be employed with the duties we set forth such as:

    o Business plans, reports, and presentations that describe the business;

    o Contractual agreements or work orders from clients that will utilize your services; and/or

    o Promotional materials, advertisements, articles, and/or press releases

Please let me know if you have any questions!

Thank you,

**Jo Ann Dulovics,** Immigration Assistant