Gmail

Hua Hou <hhou2011@gmail.com>

## Rescinding Stem's Offer of Employment

**Erik Egan** <erik.egan@stem.com>                                    Tue, Apr 2, 2019 at 4:46 PM
To: Hua Hou <hhou2011@gmail.com>
Cc: Patti Lusk <patti.lusk@stem.com>

Hello Hua –

This email is to formally confirm the information we discussed by phone earlier today. Unfortunately, Stem finds it necessary to rescind the offer of employment extended to you on October 13, 2018 due to adverse business conditions. All Stem activity regarding processing of your H1-B visa application to the USCIS must also cease, as will any work by Stem's lawyers (BAL) that would incur additional cost to Stem.

Per your request, however, Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.

I am deeply sorry that I have to inform you of this development. I and the team have been looking forward over the past six months to bringing you on board, but that will just not be possible now.

Best regards,

Erik

**Erik Egan** | Director, Network Operations

**stem** | **m** 510.499.2041

100 Rollins Road, Millbrae, California 94030

This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information and material for the sole use of the intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.