May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**

LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

WAC1904950982

Form I-539, Application to Extend/Change
Nonimmigrant Status

## DECISION

Applicant(s): LUQIN SUN

On November 19, 2018, you filed a Form I-539, Application to Extend/Change Nonimmigrant Status with U.S. Citizenship and Immigration Services (USCIS).

After careful review and consideration of the entire record, your Form I-539 is denied for the reason(s) discussed below.

You filed this Form I-539 with U.S. Citizenship and Immigration Services (USCIS) requesting a change of status to a(n) H4 dependent of a nonimmigrant worker under the Immigration and Nationality Act (INA).

You were admitted to the United States or granted status as a dependent of a nonimmigrant worker. As a dependent of a nonimmigrant worker, your status is subject to the principal alien's status. Since the Form I-129, Petition for a Nonimmigrant Worker, and concurrent change of status for the principal alien was withdrawn, you do not qualify for the requested change of status.

Therefore, your application is denied. This decision is without prejudice to consideration of subsequent applications to extend/change nonimmigrant status filed with USCIS.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B
PO Box 21100



Phoenix, AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 and/or 103.5; call our National Customer Service Center at 1-800-375-5283; or visit your local USCIS office.

### WARNING CONCERNING UNLAWFUL PRESENCE

Please be aware that, under section 212(a)(9)(B) of the Immigration and Nationality Act (INA), an alien who accrues more than 180 days of unlawful presence in the United States, and then departs, is inadmissible to the United States for a period of either three years or ten years.

You may remain in your current nonimmigrant status until the expiration date indicated on your Form I-94, Arrival-Departure Record. However, if the date listed on your Form I-94 has already passed, this Notice of Decision may leave you without lawful immigration status and you may be present in the United States in violation of the law.

Sincerely,

Kathy A. Baran
Director, California Service Center

