May 2, 2019

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**

LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082



WAC1990087501



A140-083-696

RE: I-765, Application for Employment Authorization



## **DECISION**

This notice is in reference to an Application for Employment Authorization (Form I-765), that you filed with U.S. Citizenship and Immigration Services (USCIS) on December 5, 2018, requesting employment authorization as the spouse of an H-1B nonimmigrant worker under Title 8, Code of Federal Regulations (8 CFR) § 274a.12(c)(26).

8 CFR § 214.2(h)(9)(iv) states:

> H-4 dependents. The spouse and children of an H nonimmigrant, if they are accompanying or following to join such H nonimmigrant in the United States, may be admitted, if otherwise admissible, as H-4 nonimmigrants for the same period of admission or extension as the principal spouse or parent. H-4 nonimmigrant status does not confer eligibility for employment authorization incident to status. An H-4 nonimmigrant spouse of an H-1B nonimmigrant may be eligible for employment authorization only if the H-1B nonimmigrant is the beneficiary of an approved Immigrant Petition for Alien Worker, or successor form, or the H-1B nonimmigrant's period of stay in H-1B status is authorized in the United States under sections 106(a) and (b) of the American Competitiveness in the Twenty-first Century Act of 2000 (AC21), Public Law 106-313, as amended by the 21st Century Department of Justice Appropriations Authorization Act, Public Law 107-273 (2002). To request employment authorization, an eligible H-4 nonimmigrant spouse must file an Application for Employment Authorization, or a successor form, in accordance with 8 CFR 274a.13 and the form instructions. An Application for Employment Authorization must be accompanied by documentary evidence establishing eligibility, including evidence of the spousal relationship and that the principal H-1B is the beneficiary of an approved Immigrant Petition for Alien Worker or has been provided H-1B status under sections 106(a) and (b) of AC21, as amended by the 21st Century Department of Justice Appropriations Authorization Act, the H-1B beneficiary is currently in H-1B status, and the H-4 nonimmigrant spouse is currently in H-4 status.

To be eligible for employment authorization as an H-4 spouse, you must demonstrate you are the spouse of an H-1B nonimmigrant who is the principal beneficiary of an approved Immigrant Petition for Alien Worker (Form I-140), or has been granted an extension of their authorized period of stay in the United States under sections 106(a) and (b) of the American Competitiveness in the Twenty-first

Century Act of 2000, as amended by the 21st Century Department of Justice Appropriations Authorization Act (collectively referred to as "AC21").

The instructions for Form I-765, 8 CFR § 103.2(b)(2), and 8 CFR § 214.2(h)(9)(iv) provide for flexibility in the types of evidentiary documentation that you may submit to establish eligibility for employment authorization. If you cannot submit the primary evidence listed in the form instructions, you may submit secondary evidence, such as an attestation that lists information about the underlying Form I-129 or Form I-140 petition. Such attestation can include the receipt number of your spouse's most current Form I-129 extension of stay or the receipt number of your spouse's approved Form I-140 petition, and the petitioner's and your spouse's name as listed on the Form I-129 or Form I-140.

A review of the record in its entirety does not demonstrate your eligibility for work authorization under 8 CFR § 274a.12(c)(26) for the following reason(s):

- Your Application to Extend/Change Nonimmigrant Status (Form I-539) that sought to extend or change your status as an H-4 spouse was denied. Therefore, you are not in a valid H-4 nonimmigrant status

Therefore, your application for employment authorization is denied.

This decision is without prejudice to consideration of future applications for employment authorization filed with USCIS.

There is no appeal to this decision. However, pursuant to 8 CFR 103.5, a motion can be filed on Form I-290B. Such motion must be accompanied by the proper fee and filed within 30 days of this notice. You may call 1-800-375-5283 or TTY 1-800-767-1833 if you have questions concerning immigration services and benefits.

Sincerely,

Kathy A. Baran
Director, California Service Center

