**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:21-cv-2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

On this the _____ day of _____, 2023 came to be heard Defendants Berry Appleman & Leiden LLP's and Claudia Villasenor-Sanchez's Motion for Summary Judgment. After considering the Motion, Memorandum in Support, Appendix and arguments of counsel, the Court is of the opinion that it should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Hua Hou's and Luqin Sun's claims against Berry Appleman & Leiden LLP and Claudia Villasenor-Sanchez are hereby dismissed with prejudice to the refiling of same.

It is so **ORDERED**.


**SIGNED** this ___ day of_____, 2023.


_____
**UNITED STATES DISTRICT JUDGE**