UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN. | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 3-21CV2958-D |
| | § | |
| BERRY APPLEMAN & LEIDEN, LLP | § | |
| and CLAUDIA VIALASEÑOR-SANCHEZ, | § | |
| | § | |
| **Defendants.** | § | |

---

**APPENDIX TO DEFENDANTS' MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

---

Come now Defendants, Berry Appleman & Leiden, LLP and Claudia Villasenor Sanchez, ("Defendants") and respectfully submit this Appendix to Defendants' Memorandum in Support of their Motion for Summary Judgment.

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 1 | Plaintiffs' Petitions for a Nonimmigrant Worker | 4-42 |
| Exhibit 2 | Plaintiffs' Interrogatory Answers | 44-57 |
| Exhibit 3 | Email from Stem Representative to Hou rescinding its offer of employment | 59-60 |
| Exhibit 4 | Email from Hou to BAL, LLP requesting University Transcript be added to RFE [Request for Evidence] | 62 |
| Exhibit 5 | Email from Stem to Hou Cc'd BAL, LLP reiterating that Stem's offer of employment was rescinded | 64-65 |
| Exhibit 6 | Email from Hou to BAL, LLP confirming his case has been closed with BAL, LLP and forwarded to Claudia who responded to Hou. | 67-68 |
| Exhibit 7 | Withdraw Notices from the USCIS | 70-72 |
| Exhibit 8 | Email from Hou to BAL, LLP regarding Legal malpractice_Stem_Hou,Hau_RFE | 74-75 |
| Exhibit 9 | Plaintiff's Response to Defendants Requests for Production | 77-102 |
| Exhibit 10 | Affidavit of Claudia Villasenor Sanchez | 104-105 |

---

APPENDIX TO DEFENDANTS' BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT        Page 1

282411820v.1

| Exhibit 11 | Document Tendered by U.S. Embassy Beijing | 107-108 |

Respectfully submitted,

*/s/ Susan A. Schwartz*

**Susan A. Schwartz**
Texas State Bar No. 0797900
Susan.Schwartz@wilsonelser.com

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone:  (214) 698-8000
Fax: (214) 698-1101

**ATTORNEYS FOR DEFENDANTS
BERRY APPLEMAN & LEIDEN, LLP
and CLAUDIA VIALASEÑOR-
SANCHEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the ECF e-filing system and sent to parties of record in accordance with the Federal Rules of Civil Procedure, on this the 10th day of October, 2023.

Hua Hou & Luquin Sun
20-1304 Husan Dijing Wan Yuhang,
Hangzhou, China
Hhou2011@outlook.com

*/s/ Susan A. Schwartz*
**Susan A. Schwartz**

# EXHIBIT 1

BAL 000068

*BAL LLP Appendix Page 3*

**B·A·L**   BERRY APPLEMAN &
LEIDEN LLP

Claudia Villaseñor Sanchez
Associate Attorney
cvillasenor@balglobal.com
972-729-6204

**Richardson Office**
2400 N Glenville Drive,
Building A, Suite 100
Richardson, Texas 75082
United States
972-729-6204 *main*
972-729-6100 *fax*

**OFFICES**
Austin
Boston
Dallas
Houston
McLean
San Francisco
Walnut Creek
Washington DC

October 26, 2018

U.S. Citizenship and Immigration Services   **Via Overnight Courier**
California Service Center
ATTN: I-129
24000 Avila Road, 2nd Floor, Room 2312
Laguna Niguel, CA 92677

**Re: H-1B Petition (Form I-129)**
**Petitioner: Stem, Inc.**
**Beneficiary: Hua Hou**

**I-539 Application for Nonimmigrant Status; I-765 Application for**
**Employment Authorization**
**Applicant: Luqin Sun**

Dear Sir or Madam:

Enclosed please find an H-1B petition by Stem, Inc. on behalf of the above-named beneficiary. Please also find an application to change the status of the beneficiary's dependent. Please notify this office of any action taken on this case. Thank you for your attention to this matter.

Sincerely,
BERRY APPLEMAN & LEIDEN LLP

Claudia Villaseñor Sanchez
CV/sc
Enclosures

**BALGLOBAL.COM**
See website for list of
corporate entities.

BAL 000069

*BAL LLP Appendix Page 4*



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)    Villaseñor Sanchez

**2.b.** Given Name (First Name)    Claudia

**2.c.** Middle Name

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name    2400 N Glenville Drive, Building A

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.    100

**3.c.** City or Town    Richardson

**3.d.** State    TX    **3.e.** ZIP Code    75082

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
United States

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number
972-729-6204

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)
cvillasenor@balglobal.com

**7.** Fax Number (if any)
972-729-6100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
New York

**1.b.** Bar Number (if applicable)
New York 5277835

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
Berry Appleman & Leiden LLP

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

,
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

Form G-28   05/23/18

Page 1 of 4

BAL 000046

*BAL LLP Appendix Page 5*

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.**  [x]  U.S. Citizenship and Immigration Services (USCIS)

**1.b.**  List the form numbers or specific matter in which appearance is entered.

I-129 for Hua Hou

**2.a.**  [ ]  U.S. Immigration and Customs Enforcement (ICE)

**2.b.**  List the specific matter in which appearance is entered.

**3.a.**  [ ]  U.S. Customs and Border Protection (CBP)

**3.b.**  List the specific matter in which appearance is entered.

**4.**  Receipt Number (if any)

▶

**5.**  I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[ ] Applicant   [x] Petitioner   [ ] Requestor
[ ] Beneficiary/Derivative   [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.**  Family Name (Last Name)   Lusk

**6.b.**  Given Name (First Name)   Patti

**6.c.**  Middle Name

**7.a.**  Name of Entity (if applicable)

Stem, Inc.

**7.b.**  Title of Authorized Signatory for Entity (if applicable)

HR Director

**8.**  Client's USCIS Online Account Number (if any)

▶

**9.**  Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.**  Daytime Telephone Number

972-729-6204

**11.**  Mobile Telephone Number (if any)

**12.**  Email Address (if any)

cvillasenor@balglobal.com

### Mailing Address of Client

**NOTE:**  Provide the client's mailing address.  **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.**  Street Number and Name   100 Rollins Road

**13.b.**  [ ] Apt.  [ ] Ste.  [ ] Flr.

**13.c.**  City or Town   Millbrae

**13.d.**  State  CA   **13.e.**  ZIP Code  94030

**13.f.**  Province

**13.g.**  Postal Code

**13.h.**  Country

United States

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

BAL 000046

BAL LLP Appendix Page 6

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a. ☐ I request that USCIS send original notices on an application or petition to the U.S. business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

   **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a. Signature of Client or Authorized Signatory for an Entity

➡ 

2.b. Date of Signature (mm/dd/yyyy)   | 10/25/2018 |

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a. Signature of Attorney or Accredited Representative

1.b. Date of Signature (mm/dd/yyyy)   | 10/25/2018 |

2.a. Signature of Law Student or Law Graduate

2.b. Date of Signature (mm/dd/yyyy)

BAL 000042

*BAL LLP Appendix Page 7*

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

Form G-28   05/23/18

BAL 000048

BAL LLP Appendix Page 8



# Petition for a Nonimmigrant Worker

## Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|
| | | | |

Class: _____
No. of Workers: _____
Job Code: _____
Validity Dates:
From: _____
To: _____

☐ Classification Approved
☐ Consulate/POE/PFI Notified
At: _____
☐ Extension Granted
☐ COS/Extension Granted

▶ **START HERE - Type or print in black ink.**

## Part 1.  Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.  If you are a company or an organization filing this petition,** complete **Item Number 2.**

**1.  Legal Name of Individual Petitioner**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

**2.  Company or Organization Name**

Stem, Inc.

**3.  Mailing Address of Individual, Company or Organization**

In Care Of Name

Patti Lusk, HR Director

| Street Number and Name | | Apt. Ste. Flr. | Number |
|---|---|---|---|
| 100 Rollins Road | | ☐ ☐ ☐ | |

| City or Town | State | ZIP Code |
|---|---|---|
| Millbrae | CA | 94030 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**4.  Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| (972) 729-6204 | | cvillasenor@balglobal.com |

**5.  Other Information**

Federal Employer Identification Number (FEIN)
▶ 26-4466193

Individual IRS Tax Number
▶

U.S. Social Security Number (if any)
▶

*BAL LLP Appendix Page 9*

## Part 2. Information About This Petition (See instructions for fee information)

1.  **Requested Nonimmigrant Classification** (Write classification symbol): | H-1B

2.  **Basis for Classification** (select **only one** box):
    - ☒ a. New employment.
    - ☐ b. Continuation of previously approved employment without change with the same employer.
    - ☐ c. Change in previously approved employment.
    - ☐ d. New concurrent employment.
    - ☐ e. Change of employer.
    - ☐ f. Amended petition.

3.  **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."**  ► | WAC 1890000921

4.  **Requested Action** (select **only one** box):
    - ☐ a. Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
    - ☒ b. Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.
    - ☐ c. Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
    - ☐ d. Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
    - ☐ e. Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
    - ☐ f. Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5.  **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.)  ► | 1

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1.  **If an Entertainment Group, Provide the Group Name**

2.  **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| HOU | HUA | |

3.  **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

4.  **Other Information**

| Date of birth (mm/dd/yyyy) | Gender | U.S. Social Security Number (if any) |
|---|---|---|
| 01/23/1974 | ☒ Male  ☐ Female | ► |

*BAL LLP Appendix Page 10*

**Part 3.  Beneficiary Information**  (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)

► A-

Country of Birth

China

Province of Birth

Nei Mongol

Country of Citizenship or Nationality

China

5.  **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)

02/08/2015

I-94 Arrival-Departure Record Number

► 52622677330

Passport or Travel Document Number

Redacted

Date Passport or Travel Document Issued (mm/dd/yyyy)

04/19/2012

Date Passport or Travel Document Expires (mm/dd/yyyy)

04/18/2022

Passport or Travel Document Country of Issuance

China

Current Nonimmigrant Status

F-2

Date Status Expires or D/S (mm/dd/yyyy)

D/S

Student and Exchange Visitor Information System (SEVIS) Number (if any)

N0007897492

Employment Authorization Document (EAD) Number (if any)

6.  **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name

1545 Morton St

Apt. Ste. Flr.  ☐ ☐ ☐   Number

City or Town

Alameda

State

CA

ZIP Code

94501-2410

**Part 4.  Processing Information**

1.  If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

  a.  **Type of Office** (select only one box):  ☒ Consulate    ☐ Pre-flight inspection    ☐ Port of Entry

  b.  **Office Address (City)**

  Shanghai

  c.  **U.S. State or Foreign Country**

  China

  d.  **Beneficiary's Foreign Address**

  Street Number and Name

  Room 602, Unit 6, BLDG 16, BLOCK 2, HE XIE JIA YUAN, HUI LONG GUAN, CHANGPING DISTRICT

  Apt.Ste. Flr.  ☐ ☐ ☐   Number

  City or Town

  Beijing

  State

  Province

  Beijing

  Postal Code

  102202

  Country

  China

2.  Does each person in this petition have a valid passport?    ☒ Yes    ☐ No.  If no, go to **Part 9.** and type or print your explanation.

*BAL LLP Appendix Page 11*

## Part 4. Processing Information (continued)

3. Are you filing any other petitions with this one?

☐ Yes. If yes, how many? ▶ [          ]    ☒ No

4. Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at www.cbp.gov/i94 instead of filing an application for a replacement/initial I-94.

☐ Yes. If yes, how many? ▶ [          ]    ☒ No

5. Are you filing any applications for dependents with this petition?

☒ Yes. If yes, how many? ▶ 1    ☐ No

6. Is any beneficiary in this petition in removal proceedings?

☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).    ☒ No

7. Have you ever filed an immigrant petition for any beneficiary in this petition?

☐ Yes. If yes, how many? ▶ [          ]    ☒ No

8. Did you indicate you were filing a new petition in **Part 2.**?

☒ Yes. If yes, answer the questions below.    ☐ No. If no, proceed to **Item Number 9.**

   a. Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?

   ☒ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☐ No    N/A

   b. Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?

   ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☒ No    N/A

9. Have you ever previously filed a nonimmigrant petition for this beneficiary?

☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☒ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?

☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☐ No    N/A

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?

☐ Yes. If yes, proceed to **Item Number 11.b.**    ☒ No

11.b. If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

[                                                                                          ]

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1. Job Title

IoT Operations Center Software Engineer

2. LCA or ETA Case Number

I-200-18297-888347

*BAL LLP Appendix Page 12*

## Part 5. Basic Information About the Proposed Employment and Employer (continued)

3. Address where the beneficiary(ies) will work if different from address in **Part 1**.

Street Number and Name | Apt. Ste. Flr. | Number
100 Rollins Road | ☐ ☐ ☐ |

City or Town | State | ZIP Code
Millbrae | CA | 94030

4. Did you include an itinerary with the petition?    ☐ Yes  ☒ No

5. Will the beneficiary(ies) work for you off-site at another company or organization's location?    ☐ Yes  ☒ No

6. Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)?    ☐ Yes  ☒ No

7. Is this a full-time position?    ☒ Yes  ☐ No

8. If the answer to **Item Number 7.** is no, how many hours per week for the position?    ▶

9. Wages:    $ 150000.00    per (Specify hour, week, month, or year)    ▶ YEAR

10. Other Compensation (Explain)
Standard company benefits.

11. Dates of intended employment    From: (mm/dd/yyyy) 12/15/2018    To: (mm/dd/yyyy) 12/15/2019

12. Type of Business | 13. Year Established
Technology | 2009

14. Current Number of Employees in the United States | 15. Gross Annual Income | 16. Net Annual Income
69 | $4M (2014) |

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

BAL 000048
BAL LLP Appendix Page 13

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

**1.    Name and Title of Authorized Signatory**

Family Name (Last Name)

Lusk

Given Name (First Name)

Patti

Title

HR Director

**2.    Signature and Date**

Signature of Authorized Signatory

Date of Signature
(mm/dd/yyyy) **10/25/2018**

**3.    Signatory's Contact Information**

Daytime Telephone Number

(972) 729-6204

Email Address (if any)

cvillasenor@balglobal.com

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1.    Name of Preparer**

Family Name (Last Name)

Villaseñor Sanchez

Given Name (First Name)

Claudia

**2.    Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

Berry Appleman & Leiden LLP

BAL LLP Appendix Page 14

**Part 8.  Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner**  (continued)

3.  **Preparer's Mailing Address**

Street Number and Name

| | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| 2400 N Glenville Drive, Building A | ☐ | ☒ | ☐ | 100 |

City or Town

| | State | ZIP Code |
|---|---|---|
| Richardson | TX | 75082 |

Province

Postal Code

Country

| | | United States |
|---|---|---|

4.  **Preparer's Contact Information**

| Daytime Telephone Number | Fax Number | Email Address (if any) |
|---|---|---|
| (972) 729-6204 | (972) 729-6100 | cvillasenor@balglobal.com |

## Preparer's Declaration

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory.  The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

5.  **Signature and Date**

Signature of Preparer

Date of Signature

(mm/dd/yyyy) 10/25/2018

BAL 000086

*BAL LLP Appendix Page 15*

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.    A-Number    ▶ **A-** [ ][ ][ ][ ][ ][ ][ ][ ][ ]

2.    **Page Number**          **Part Number**          **Item Number**

4                          4                        8.a

**Beneficiary has previously held H-1B status.**

3.    **Page Number**          **Part Number**          **Item Number**

4.    **Page Number**          **Part Number**          **Item Number**

BAL 000086

*BAL LLP Appendix Page 16*

# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

1. Name of the Petitioner

Stem, Inc.

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

**2.a.** Name of the Beneficiary

Hua Hou

**OR**

**2.b.** Provide the total number of beneficiaries | 1

3. List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| Hua Hou | 10/01/2009 ✱ | 03/15/2017 |
| | | |
| | | |
| | | |
| | | |
| ✱ELIGIBLE FOR EXTENSION OF H-1B STATUS PER AC21 REGULATIONS | | |

4. Classification sought (select **only one** box):

☒ **a.** H-1B Specialty Occupation

☐ **b.** H-1B1 Chile and Singapore

☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

☐ **d.** H-1B3 Fashion model of distinguished merit and ability

☐ **e.** H-2A Agricultural worker

☐ **f.** H-2B Non-agricultural worker

☐ **g.** H-3 Trainee

☐ **h.** H-3 Special education exchange visitor program

5. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes    ☒ No

6. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes    ☒ No

**7.a.** Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 7.b.**    ☒ No

---

Form I-129  12/23/16  Y    H Classification Supplement    Page 13 of 36

BAL 000082

*BAL LLP Appendix Page 17*

**7.b.** Explanation
N/A

---

## Section 1.   Complete This Section If Filing for H-1B Classification

**1.** Describe the proposed duties.

Please see attached letter.

**2.** Describe the beneficiary's present occupation and summary of prior work experience.

Please see attached letter.

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment.  I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times.  If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| | Patti Lusk<br>HR Director | 10/25/2018 |

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | Patti Lusk<br>HR Director | 10/25/2018 |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

---

## Section 2.   Complete This Section If Filing for H-2A or H-2B Classification

**1.** Employment is:  (select **only one** box)

☐ **a.** Seasonal          ☐ **b.** Peak load          ☐ **c.** Intermittent          ☐ **d.** One-time occurrence

**2.** Temporary need is:  (select **only one** box)

☐ **a.** Unpredictable          ☐ **b.** Periodic          ☐ **c.** Recurrent annually

---

Form I-129  12/23/16   Y                                   H Classification Supplement

BAL 000088

*BAL LLP Appendix Page 18*



# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

1. Name of the Petitioner

Stem, Inc.

2. Name of the Beneficiary

HOU, HUA

## Section 1.    General Information

1. **Employer Information** - (select all items that apply)

   a.   Is the petitioner an H-1B dependent employer?  ☐ Yes  ☒ No

   b.   Has the petitioner ever been found to be a willful violator?  ☐ Yes  ☒ No

   c.   Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements?  ☐ Yes  ☐ No

       **c.1.** If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000?  ☐ Yes  ☐ No

       **c.2.** Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment?  ☐ Yes  ☐ No

   d.   Does the petitioner employ 50 or more individuals in the United States?  ☒ Yes  ☐ No

       **d.1.** If yes, are more than 50 percent of those employees in H-1B or L-1A or L-1B nonimmigrant status?  ☐ Yes  ☐ No

2. **Beneficiary's Highest Level of Education** (select **only one** box)

   ☐ a. NO DIPLOMA

   ☐ b. HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

   ☐ c. Some college credit, but less than 1 year

   ☐ d. One or more years of college, no degree

   ☐ e. Associate's degree (for example: AA, AS)

   ☐ f. Bachelor's degree (for example: BA, AB, BS)

   ☒ g. Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

   ☐ h. Professional degree (for example: MD, DDS, DVM, LLB, JD)

   ☐ i. Doctorate degree (for example:  PhD, EdD)

3. Major/Primary Field of Study

   Engineering

4. Rate of Pay Per Year

   $150,000.00

5. DOT Code

   | 0 | 3 | 0 |

6. NAICS Code

   | 5 | 4 | 1 | 5 | 1 | 2 |

## Section 2.    Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

1. Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)?  ☐ Yes  ☒ No

2. Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)?  ☐ Yes  ☒ No

BAL 000069

*BAL LLP Appendix Page 19*

## Section 2.   Fee Exemption and/or Determination (continued)

3. Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?   ☐ Yes   ☒ No

4. Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien?   ☐ Yes   ☒ No

5. Is this an amended petition that does not contain any request for extensions of stay?   ☐ Yes   ☒ No

6. Are you filing this petition to correct a USCIS error?   ☐ Yes   ☒ No

7. Is the petitioner a primary or secondary education institution?   ☐ Yes   ☒ No

8. Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?   ☐ Yes   ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

9. Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?   ☐ Yes   ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750.** If you answered no, then you are required to pay an additional ACWIA fee of **$1,500.**

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed before October 1, 2015, an additional fee of **$2,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This **$2,000** fee was mandated by the provisions of Public Law 111-230, as amended by Public Law 111-347.

The Fraud Prevention and Detection Fee and the Public Law 111-230 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fee(s) when you submit this form. Failure to submit the fee(s) when required will result in rejection or denial of your submission. Each of these fee(s) should be paid by separate check(s) or money order(s).

## Section 3.  Numerical Limitation Information

1. Specify the type of H-1B petition you are filing. (select **only one** box):
   - ☐ **a.** CAP H-1B Bachelor's Degree
   - ☐ **b.** CAP H-1B U.S. Master's Degree or Higher
   - ☐ **c.** CAP H-1B1 Chile/Singapore
   - ☒ **d.** CAP Exempt

2. If you answered **Item Number 1.b. "CAP H-1B U.S. Master's Degree or Higher,"** provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):
   - **a.** Name of the United States Institution of Higher Education

   - **b.** Date Degree Awarded    **c.** Type of United States Degree

   - **d.** Address of the United States institution of higher education

     Street Number and Name    Apt. ☐  Ste. ☐  Flr. ☐  Number

     City or Town    State    ZIP Code

BAL 000086

*BAL LLP Appendix Page 20*

## Section 3.    Numerical Limitation Information (continued)

3.   If you answered **Item Number 1.d.** "**CAP Exempt**," you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐ **a.**    The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐ **b.**    The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a).

☐ **c.**    The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(19)(iii)(C).

☐ **d.**    The petitioner will employ the beneficiary to perform job duties at a qualifying institution (see **Item Numbers 3.a. - 3.c.** above) that directly and predominately furthers the normal, primary, or essential purpose, mission, objectives, or function of the qualifying institution, namely higher education or nonprofit or government research.

☐ **e.**    The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐ **f.**    The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☒ **g.**    The beneficiary of this petition has been counted against the cap and: **(1)** was previously granted status as an H-1B nonimmigrant in the past 6 years, **(2)** is applying from abroad to reclaim the remaining portion of the 6 years, or **(3)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐ **h.**    The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

## Section 4.    Off-Site Assignment of H-1B Beneficiaries

1.   The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought.     ☐ Yes    ☒ No

If no, do not complete **Item Numbers 2.** and **3.**

2.   Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.     ☐ Yes    ☐ No

3.   The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.     ☐ Yes    ☐ No

*BAL LLP Appendix Page 21*

OMB Approval: 1205-0310
Expiration Date: 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## Electronic Filing of Labor Condition Applications
## For The H-1B Nonimmigrant Visa Program

This Department of Labor, Employment and Training Administration (ETA), electronic filing system enables an employer to file a Labor Condition Application (LCA) and obtain certification of the LCA. This Form must be submitted by the employer or by someone authorized to act on behalf of the employer.

A) I understand and agree that, upon my receipt of ETA's certification of the LCA by electronic response to my submission, I must take the following actions at the specified times and circumstances:
- print and sign a hardcopy of the electronically filed and certified LCA;
- maintain a signed hardcopy of this LCA in my public access files;
- submit a signed hardcopy of the LCA to the United States Citizenship and Immigration Services (USCIS) in support of the I-129, on the date of submission of the I-129;
- provide a signed hardcopy of this LCA to each H-1B nonimmigrant who is employed pursuant to the LCA.

☑ Yes ❑ No

B) I understand and agree that, by filing the LCA electronically, I attest that all of the statements in the LCA are true and accurate and that I am undertaking all the obligations that are set out in the LCA (Form ETA 9035E) and the accompanying instructions (Form ETA 9035CP).

☑ Yes ❑ No

C) I hereby choose one of the following options, with regard to the accompanying instructions:

❑ I choose to have the Form ETA 9035CP electronically attached to the certified LCA, and to be bound by the LCA obligations as explained in this form

☑ I choose not to have the Form ETA 9035CP electronically attached to the certified LCA, but I have read the instructions and I understand that I am bound by the LCA obligations as explained in this form

---

ETA Form 9035/9035E Attestation

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 1 of 1

Case Number:____ I-200-18297-888347 ____    Case Status:_____ CERTIFIED _____    Period of Employment: ____ 11/12/2018 ____ to ____ 11/11/2021 ____

BAL 000082

*BAL LLP Appendix Page 22*

OMB Approval: 1205-0310
Expiration Date: 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the ETA Form 9035 or 9035E. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor. If the employer has received permission from the Administrator of the Office of Foreign Labor Certification to submit this form non-electronically, **ALL** required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

## A. Employment-Based Nonimmigrant Visa Information

| 1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-1B |
|---|---|

## B. Temporary Need Information

**1. Job Title *** IOT OPERATIONS CENTER SOFTWARE ENGINEER

| 2. SOC (ONET/OES) code * | 3. SOC (ONET/OES) occupation title * |
|---|---|
| 15-1133 | SOFTWARE DEVELOPERS, SYSTEMS SOFTWARE |

| 4. Is this a full-time position? * | **Period of Intended Employment** | |
|---|---|---|
| ☑ Yes ☐ No | 5. Begin Date * 11/12/2018 *(mm/dd/yyyy)* | 6. End Date * 11/11/2021 *(mm/dd/yyyy)* |

7. Worker positions needed/basis for the visa classification supported by this application

| 1 | **Total Worker Positions Being Requested for Certification *** |
|---|---|

Basis for the visa classification supported by this application
*(indicate the total workers in each applicable category based on the total workers identified above)*

| 0 | a. New employment * | 0 | d. New concurrent employment * |
|---|---|---|---|
| 0 | b. Continuation of previously approved employment * without change with the same employer | 1 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

## C. Employer Information

**1. Legal business name *** STEM, INC.

**2. Trade name/Doing Business As (DBA), if applicable** N/A

**3. Address 1 *** 100 ROLLINS ROAD

**4. Address 2** N/A

| 5. City * MILLBRAE | 6. State * CA | 7. Postal code * 94030 |
|---|---|---|
| 8. Country * UNITED STATES OF AMERICA | 9. Province N/A | |
| 10. Telephone number * 5032504854 | 11. Extension N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * 264466193 | 13. NAICS code (must be at least 4-digits) * 541512 | |

---

ETA Form 9035/9035E     **FOR DEPARTMENT OF LABOR USE ONLY**     Page 1 of 5

Case Number: I-200-18297-888347    Case Status: CERTIFIED    Period of Employment: 11/12/2018 to 11/11/2021

BAL 000088

*BAL LLP Appendix Page 23*

OMB Approval: 1205-0310
Expiration Date: 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## D. Employer Point of Contact Information

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| 1. Contact's last (family) name * LUSK | 2. First (given) name * PATTI | 3. Middle name(s) * N/A |
|---|---|---|
| 4. Contact's job title * HR DIRECTOR | | |
| 5. Address 1 * 100 ROLLINS ROAD | | |
| 6. Address 2 N/A | | |
| 7. City * MILLBRAE | 8. State * CA | 9. Postal code * 94030 |
| 10. Country * UNITED STATES OF AMERICA | 11. Province N/A | |
| 12. Telephone number * 5032504854 | 13. Extension N/A | 14. E-Mail address PATTI.LUSK@STEM.COM |

## E. Attorney or Agent Information (If applicable)

| 1. Is the employer represented by an attorney or agent in the filing of this application? * If "Yes", complete the remainder of Section E below. | ☑Yes  ☐ No |
|---|---|

| 2. Attorney or Agent's last (family) name § VILLASENOR SANCHEZ | 3. First (given) name § CLAUDIA | 4. Middle name(s) § L |
|---|---|---|
| 5. Address 1 § 2400 N. GLENVILLE DRIVE | | |
| 6. Address 2 BUILDING A, SUITE 100 | | |
| 7. City § RICHARDSON | 8. State § TX | 9. Postal code § 75082 |
| 10. Country § UNITED STATES OF AMERICA | 11. Province N/A | |
| 12. Telephone number § 9727296204 | 13. Extension N/A | 14. E-Mail address CVILLASENOR@BALGLOBAL.COM |
| 15. Law firm/Business name § BERRY APPLEMAN & LEIDEN LLP | 16. Law firm/Business FEIN § 943068076 | |
| 17. State Bar number (only if attorney) § 5277835 | 18. State of highest court where attorney is in good standing (only if attorney) § NY | |
| 19. Name of the highest court where attorney is in good standing (only if attorney) § NEW YORK COURT OF APPEALS | | |

OMB Approval: 1205-0310
Expiration Date: 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## F. Rate of Pay

| 1. Wage Rate (Required) | 2. Per: (Choose only one) * |
|---|---|
| From: $ 138091.00 * <br> To: $ 160000.00 | ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |

## G. Employment and Prevailing Wage Information

<u>Important Note</u>: It is important for the employer to define the place of intended employment with as much geographic specificity as possible. The place of employment address listed below <u>must be a physical location and cannot be a P.O. Box</u>. The employer may use this section to identify up to three (3) physical locations and corresponding prevailing wages covering each location where work will be performed and the electronic system will accept up to 3 physical locations and prevailing wage information. If the employer has received approval from the Department of Labor to submit this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section.

### a. Place of Employment 1

| 1. Address 1 * | |
|---|---|
| 100 ROLLINS ROAD | |
| 2. Address 2 | |
| | |
| 3. City * <br> MILLBRAE | 4. County * <br> SAN MATEO |
| 5. State/District/Territory * <br> CA | 6. Postal code * <br> 94030 |

| *Prevailing Wage Information* (corresponding to the place of employment location listed above) | |
|---|---|
| 7. Agency which issued prevailing wage § <br> N/A | 7a. Prevailing wage tracking number (if applicable) § <br> N/A |
| 8. Wage level * <br> ☐ I   ☐ II   ☑ III   ☐ IV   ☐ N/A | |
| 9. Prevailing wage * <br> $ 138091.00 | 10. Per: (Choose only one) * <br> ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |
| 11. Prevailing wage source (Choose only one) * <br> ☑ OES   ☐ CBA   ☐ DBA   ☐ SCA   ☐ Other | |
| 11a. Year source published * <br><br> 2018 | 11b. If "OES", <u>and</u> SWA/NPC did not issue prevailing wage OR "Other" in question 11, specify source § <br> OFLC ONLINE DATA CENTER |

## H. Employer Labor Condition Statements

❗ <u>Important Note:</u> In order for your application to be processed, you <u>MUST</u> read Section H of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

   (1) **Wages:** Pay nonimmigrants at least the local prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. Offer nonimmigrants benefits on the same basis as offered to U.S. workers.
   (2) **Working Conditions:** Provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed.
   (3) **Strike, Lockout, or Work Stoppage:** There is no strike, lockout, or work stoppage in the named occupation at the place of employment.
   (4) **Notice:** Notice to union or to workers has been or will be provided in the named occupation at the place of employment. A copy of this form will be provided to each nonimmigrant worker employed pursuant to the application.

| 1. <u>I have read and agree to</u> Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section H of the Labor Condition Application – General Instructions – Form ETA 9035CP. * | ☑ Yes   ☐ No |
|---|---|

*BAL LLP Appendix Page 25*

OMB Approval: 1205-0310
Expiration Date 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## I. Additional Employer Labor Condition Statements – H-1B Employers ONLY

*!* <u>Important Note</u>: In order for your H-1B application to be processed, you <u>MUST</u> read Section I – Subsection 1 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

### a. Subsection 1

| | | |
|---|---|---|
| 1. Is the employer H-1B dependent? § | ☐ Yes | ☑ No |
| 2. Is the employer a willful violator? § | ☐ Yes | ☑ No |
| 3. If "Yes" is marked in questions I.1 and/or I.2, you must answer "Yes" or "No" regarding whether the employer will use this application <u>ONLY</u> to support H-1B petitions or extensions of status for exempt H-1B nonimmigrants? § | ☐ Yes ☐ No ☑ N/A | |

**If you marked "Yes" to questions I.1 and/or I.2 and "No" to question I.3, you <u>MUST</u> read Section I – Subsection 2 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.**

### b. Subsection 2

A. **Displacement:** Non-displacement of the U.S. workers in the employer's workforce
B. **Secondary Displacement:** Non-displacement of U.S. workers in another employer's workforce; and
C. **Recruitment and Hiring:** Recruitment of U.S. workers and hiring of U.S. workers applicant(s) who are equally or better qualified than the H-1B nonimmigrant(s).

| | | |
|---|---|---|
| 4. <u>I have read and agree</u> to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section I – Subsections 1 and 2 of the Labor Condition Application – General Instructions Form ETA 9035CP. § | ☑ Yes | ☐ No |

## J. Public Disclosure Information

*!* <u>Important Note</u>: You <u>must</u> select from the options listed in this Section.

| | |
|---|---|
| 1. Public disclosure information will be kept at: * | ☑ Employer's principal place of business ☐ Place of employment |

## K. Declaration of Employer

*By signing this form, I, on behalf of the employer, attest that the information and labor condition statements provided are true and accurate; that I have read sections H and I of the Labor Condition Application – General Instructions Form ETA 9035CP, and that I agree to comply with the Labor Condition Statements as set forth in the Labor Condition Application – General Instructions Form ETA 9035CP and with the Department of Labor regulations (20 CFR part 655, Subparts H and I). I agree to make this application, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act. Making fraudulent representations on this Form can lead to civil or criminal action under 18 U.S.C. 1001, 18 U.S.C. 1546, or other provisions of law.*

| 1. Last (family) name of hiring or designated official * | 2. First (given) name of hiring or designated official * | 3. Middle initial * |
|---|---|---|
| LUSK | PATTI | N |

| 4. Hiring or designated official title * |
|---|
| HR DIRECTOR |

| 5. Signature * | 6. Date signed * |
|---|---|
| | 11/12/2018 |

*BAL LLP Appendix Page 26*

OMB Approval: 1205-0310
Expiration Date: 11/30/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## L. LCA Preparer

**Important Note**: Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| CARBAJAL | SOFIA | E |

| 4. Firm/Business name § |
|---|
| BERRY APPLEMAN & LEIDEN LLP |

| 5. E-Mail address §  SCARBAJAL@BALGLOBAL.COM |
|---|

## M. U.S. Government Agency Use (ONLY)

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from _____11/12/2018_____ to _____11/11/2021_____.

_Certifying Officer_

Department of Labor, Office of Foreign Labor Certification

11/07/2018

Determination Date (date signed)

I-200-18297-888347

Case number

CERTIFIED

Case Status

_The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA._

## N. Signature Notification and Complaints

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically. If the application is submitted electronically, any resulting certification **MUST** be signed _immediately upon receipt_ from the Department of Labor before it can be submitted to USCIS for further processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor. A listing of the Wage and Hour Division offices can be obtained at http://www.dol.gov/esa. Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Office of the Special Counsel for Immigration-Related Unfair Employment Practices, 950 Pennsylvania Avenue, NW, Washington, DC, 20530. Please note that complaints should be filed with the Office of Special Counsel at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

## O. OMB Paperwork Reduction Act _(1205-0310)_

These reporting instructions have been approved under the Paperwork Reduction Act of 1995. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Obligations to reply are mandatory (Immigration and Nationality Act, Section 212(n) and (t) and 214(c). Public reporting burden for this collection of information, which is to assist with program management and to meet Congressional and statutory requirements is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room C-4312, 200 Constitution Ave. NW, Washington, DC 20210. (Paperwork Reduction Project OMB 1205-0310.) **Do NOT send the completed application to this address.**

_BAL LLP Appendix Page 27_

October 26, 2018

U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA

**Re: Form I-129 Petition for H-1B Status**
**Petitioner: Stem, Inc.**
**Beneficiary: Hua Hou**

Dear Sir/Madam:

This letter supports the petition by Stem, Inc. ("Stem") to authorize the temporary employment of Hua Hou. We seek Mr. Hou's temporary services to work in a specialty occupation in the position of IoT Operations Center Software Engineer in our Millbrae, California location.

## The Petitioner

Stem Inc. (Stem) creates innovative solutions that are changing the way energy is distributed and consumed. Stem combines powerful learning software and advanced energy storage, simultaneously helping businesses better manage energy costs while creating a more efficient electrical grid. Using data, analytics, and advanced energy storage, Stem technology enables businesses to meet their sustainability goals and participate in the next great revolution in energy technology. Putting storage at the edge of the grid is a fundamental shift in the way energy is delivered and consumed. When aggregated, Stem systems support sustainability benefits by adding storage at customer sites to enable distributed energy, as well as by using intuitive software to reduce electricity spiking and increase renewable energy through reducing volatile output. Stem was founded in 2009 and currently has nearly 70 full time employees.

## The Position

At this time, Stem seeks to employ Mr. Hou in the position of IoT Operations Center Software Engineer for a temporary period. In this position, Mr. Hou will perform the following professional duties:

Responsible for developing system operations management, principals and processes and working with IoT Operations Centers; designing, developing, testing and deploying internal operations software applications; using Python, C++, Java or any other modern language that is commonly used in back-end services at an advanced proficiency level; working with SQL and NoSQL datastore (e.g. DynamoDB, Mysql, Presto, Postgres, InfluxDB, Cassandra, S3, etc.), APIs or REST, and JSON; working with Linux and Docker based environments; and working cross-functionally with Product Development, Program Operations and Customer Operations teams to understanding requirements and constraints in order to create solutions.

The position is professional in nature and scope and requires, at a minimum, a Bachelor's degree in Computer Science, Engineering or a related quantitative field.

## The Beneficiary's Qualifications



100 Rollins Road          T 415 937 7836
Millbrae                  F 415 373 0484
California 94030          stem.com

Mr. Hou is highly qualified for Stem's available position of IoT Operations Center Software Engineer. On September 25, 2008, Mr. Hou earned a Master's degree in Engineering from Boston University in the United States.

## Conclusion

We seek to authorize Mr. Hua Hou's employment with Stem for a temporary period. The U.S. Department of Labor has issued a certified labor condition application (LCA). We understand that H-1B status is proscribed in duration, and our company will comply with any limitations established by U.S. Citizenship and Immigration Services. Please approve this H-1B petition as soon as possible so that we may be assured of Mr. Hou's most valuable service at the earliest possible date.

Sincerely,
Stem, Inc.

Patti Lusk
HR Director

Page 2

stem.com
BAL 000084



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

**Department of Homeland Security**

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

    ►

### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  Villaseñor Sanchez

2.b. Given Name (First Name)  Claudia

2.c. Middle Name

### Address of Attorney or Accredited Representative

3.a. Street Number and Name  2400 N Glenville Drive, Building A

3.b. ☐ Apt. ☐ Ste. ☐ Flr.  100

3.c. City or Town  Richardson

3.d. State  TX   3.e. ZIP Code  75082

3.f. Province

3.g. Postal Code

3.h. Country
United States

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
972-729-6204

5. Mobile Telephone Number (if any)

6. Email Address (if any)
cvillasenor@balglobal.com

7. Fax Number (if any)
972-729-6100

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

    Licensing Authority

    New York

1.b. Bar Number (if applicable)

    New York 5277835

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

    Berry Appleman & Leiden LLP

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

    ,
    the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

---

Form G-28   05/23/18

BAL 000090

*BAL LLP Appendix Page 30*

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-539; I-795 for Sun Luqin

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)    SUN

**6.b.** Given Name (First Name)    LUQIN

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number

972-729-6204

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

cvillasenor@balglobal.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State          **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

BAL 000090

*BAL LLP Appendix Page 31*

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the U.S. business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy)    10/25/2018

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy)    10/25/2018

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

---

Form G-28   05/23/18

BAL 000092

*BAL LLP Appendix Page 32*

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

Form G-28   05/23/18

Page 4 of 4

BAL 000092

*BAL LLP Appendix Page 33*



# Application to Extend/Change Nonimmigrant Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-539**
OMB No. 1615-0003
Expires 04/30/2018

| For USCIS Use Only | Fee Stamp | Action Block |
|---|---|---|
| **Returned** | | |
| **Resubmitted** | | |
| **Relocated** **Received** | | |
| **Sent** | | |

**Remarks:**

☐ **Granted**    ☐ **Denied**

New Class _____    ☐ Still within period of stay

Dates: From __/__/__    ☐ S/D to: _____

To __/__/__    ☐ Place under docket control    ☐ **Applicant interviewed on** _____

**To Be Completed by an *Attorney or Accredited Representative*, if any.**

☒ Select this box if G-28 is attached to represent the applicant.

Attorney State License Number: New York 5277835

## Part 1. Information About You

**1.** Alien Registration Number (A-Number)
▶ A-

**2.** USCIS Online Account Number (if any)
▶

**3.a.** Family Name (Last Name)    SUN

**3.b.** Given Name (First Name)    LUQIN

**3.c.** Middle Name

### Mailing Address

**4.a.** In Care Of Name    Claudia Villaseñor Sanchez

**4.b.** Street Number and Name    2400 N Glenville Drive, Building A

**4.c.** Apt. ☐    Ste. ☒    Flr. ☐    100

**4.d.** City or Town    Richardson

**4.e.** State    TX    **4.f.** ZIP Code    75082

### Physical Address

**5.a.** Street Number and Name    1545 Morton Street

**5.b.** Apt. ☐    Ste. ☐    Flr. ☐

**5.c.** City or Town    Alameda

**5.d.** State    CA    **5.e.** ZIP Code    94501

## Other Information

**6.** Country of Birth    China

**7.** Country of Citizenship or Nationality    China

**8.** Date of Birth (mm/dd/yyyy)    ▶ 08/14/1974

**9.** U.S. Social Security Number (if any)    ▶

**10.** Date of Last Arrival Into the United States
(mm/dd/yyyy)    ▶ 05/17/2015 for Sun Lu

Provide information about your most recent Form I-94

**11.a.** I-94 Arrival-Departure Record Number
▶ 6 1 8 5 5 2 7 0 7 3 0

**11.b.** Passport Number    Redacted

**11.c.** Travel Document Number

**11.d.** Country of Issuance for Passport or Travel Document    China

**11.e.** Expiration Date for Passport or Travel Document
(mm/dd/yyyy)    ▶ 04/18/2022

**12.a.** Current Nonimmigrant Status    F-1 Student

**12.b.** Expiration Date (mm/dd/yyyy)    ▶

**12.c.** ☒ Check this box if you were granted Duration of Status (D/S).

---

Form I-539   12/23/16   N

Page 1 of 9

BAL 000099

## Part 2. Application Type *(See instructions for fee)*

I am applying for: *(Select one)*

1. ◯ An extension of stay in my current status.

2.a. ◉ A change of status. The new status and effective date of change. *(mm/dd/yyyy)* ► 11/05/2018

2.b. The change of status I am requesting is:

H-4

3. ◯ Reinstatement to student status.

Number of people included in this application: *(Select one)*

4. ◉ I am the only applicant.

5.a. ◯ Members of my family are filing this application with me.

5.b. The total number of people (including me) in the application is: *(Complete the supplement for each co-applicant.)* 1

## Part 3. Processing Information

1.a. I/We request that my/our current or requested status be extended until *(mm/dd/yyyy)* ► 11/04/2021

1.b. ☑ Check this box if you were granted, or are seeking, Duration of Status (D/S).

2.a. Is this application based on an extension or change of status already granted to your spouse, child, or parent? ◯ Yes ◉ No

2.b. If "Yes," provide USCIS Receipt Number.
►

3.a. Is this application based on a separate petition or application to give your spouse, child, or parent an extension or change of status?
◉ Yes, filed with this I-539.    ◯ No
◯ Yes, filed previously and pending with USCIS.

3.b. If pending with USCIS, provide USCIS Receipt Number
►

If the petition or application is pending with USCIS, also give the following data:

3.c. First and last name of petitioner or applicant

Office where petition or application filed:

3.d. City or Town

3.e. State

3.f. Date Filed *(mm/dd/yyyy)* ►

## Part 4. Additional Information

If you are the Principal Applicant, provide your current Passport information:

1.a. Country of Issuance for Passport

China

1.b. Expiration Date for Passport
*(mm/dd/yyyy)* ► 04/18/2022

### Foreign Home Address

2.a. Street Number and Name | Room 602, Unit 6, Bldg. 16, Block 2

2.b. Apt. ◯ Ste. ◯ Flr. ◯

2.c. City or Town | He Xie Jia Yuan, Hui Long Guan

2.d. Province | Changping District, Beijing, Beijing

2.e. Postal Code | 102202

2.f. Country | China

Answer the following questions. If you answer "Yes" to any question, describe the circumstances in detail and explain on a separate sheet of paper.

3. Are you, or any other person included on the application, an applicant for an immigrant visa? ◯ Yes ☑ No

4. Has an immigrant petition EVER been filed for you or for any other person included in this application? ◯ Yes ☑ No

5. Has Form I-485, Application to Register Permanent Residence or Adjust Status, EVER been filed by you or by any other person included in this application? ◯ Yes ☑ No

6. Have you, or any other person included in this application, EVER been arrested or convicted of any criminal offense since last entering the United States? ◯ Yes ☑ No

Have you, or any other person included on the application, EVER ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

7. Acts involving torture or genocide? ◯ Yes ☑ No

8. Killing any person? ◯ Yes ☑ No

9. Intentionally and severely injuring any person? ◯ Yes ☑ No

10. Engaging in any kind of sexual contact or relations with any person who was being forced or threatened? ◯ Yes ☑ No

11. Limiting or denying any person's ability to exercise religious beliefs? ◯ Yes ☑ No

Form I-539  12/23/16  N

Page 2 of 9

BAL 000088

*BAL LLP Appendix Page 35*

## Part 4. Additional Information (*continued*)

12. Have you, or any other person included on the application, EVER served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization? ☐ Yes ☑ No

13. Have you, or any other person included in this application, EVER served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons? ☐ Yes ☑ No

14. Have you, or any other person included in this application, EVER been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so? ☐ Yes ☑ No

15. Have you, or any other person included in this application, EVER assisted or participated in selling, providing, or transporting weapons to any person who to your knowledge, used them against another person? ☐ Yes ☑ No

16. Have you, or any other person included in this application, EVER received any type of military, paramilitary, or weapons training? ☐ Yes ☑ No

17. Have you, or any other person included in this application, done anything that violated the terms of the nonimmigrant status you now hold? ☐ Yes ☑ No

18. Are you, or any other person included in this application, now in removal proceedings? ☐ Yes ☑ No

If "Yes," provide the following information concerning the removal proceedings in **Part 4. Additional Information for Answers to Item Numbers 18., 19., and 20.** Include the name of the person in removal proceedings and information on jurisdiction, date proceedings began, and status of proceedings.

19. Have you, or any other person included in this application, been employed in the United States since last admitted or granted an extension or change of status? ☑ Yes ☐ No

If "No," fully describe how you are supporting yourself in **Part 4. Additional Information for Answers to Item Numbers 18., 19., and 20.** Include documentary evidence of the source, amount, and basis for any income.

If "Yes," fully describe the employment in **Part 4. Additional Information for Answers to Item Numbers 18., 19., and 20.** Include the name of the person employed, name and address of the employer, weekly income, and whether the employment was specifically authorized by USCIS.

20. Are you, or any other person included in this application, currently or have you ever been a J-1 exchange visitor or a J-2 dependent of a J-1 exchange visitor? ☐ Yes ☑ No

If "Yes," you must provide the dates you maintained status as a J-1 exchange visitor or J-2 dependent in **Part 4. Additional Information for Answers to Item Numbers 18., 19. and 20.**

## Part 5. Applicant's Statement, Contact Information, Certification and Signature

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. ☑ I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to every question.

1.b. ☐ The interpreter named in **Part 6.** has also read to me every question and instruction on this form, as well as my answer to every question, in

[                    ] ,

a language in which I am fluent. I understand every question and instruction on this form as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

2. ☐ I have requested the services of and consented to

Claudia Villaseñor Sanchez ,

who is ☑ is not ☐ an attorney or accredited representative, preparing this form for me.

### Applicant's Certification

I certify, under penalty of perjury, that the information in my form and any document submitted with my form is true and correct. Copies of any documents I have submitted are exact photocopies of unaltered original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this form, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

3.a. Applicant's Signature
➡ [signature]

3.b. Date of Signature *(mm/dd/yyyy)* ▶ 10/25/2018

---

Form I-539  12/23/16  N

BAL 000286

*BAL LLP Appendix Page 36*

## Part 5. Applicant's Statement, Contact Information, Certification and Signature *(continued)*

### *Applicant's Contact Information*

4. Applicant's Daytime Telephone Number

   972-729-6204

5. Applicant's Mobile Telephone Number

6. Applicant's E-mail Address

   cvillasenor@balglobal.com

## Part 6. Contact Information, Statement, Certification, and Signature of the Interpreter

### *Interpreter's Full Name*

Provide the following information concerning the interpreter:

1.a. Interpreter's Family Name *(Last Name)*

1.b. Interpreter's Given Name *(First Name)*

2. Interpreter's Business or Organization Name *(if any)*

### *Interpreter's Mailing Address*

3.a. Street Number and Name

3.b. Apt. ☐   Ste. ☐   Flr. ☐

3.c. City or Town

3.d. State          3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### *Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number

5. Interpreter's E-mail Address

## *Interpreter Certification*

### I certify that:

I am fluent in English and _____ , which is the same language provided in **Part 5., Item Number 1.b.**;

I have read to this applicant every question and instruction on this form, as well as the answer every question, in the language provided in **Part 5., Item Number 1.b.**; and

The applicant has informed me that he or she understands every instruction and question on the form, as well as the answer to every question, and the applicant verified the accuracy of every answer..

6.a. Interpreter's Signature

6.b. Date of Signature *(mm/dd/yyyy)* ▶

## Part 7. Contact Information, Certification, and Signature of the Person Preparing this Application, If Other Than the Applicant

### *Preparer's Full Name*

Provide the following information concerning the preparer:

1.a. Preparer's Family Name *(Last Name)*

   Villaseñor Sanchez

1.b. Preparer's Given Name *(First Name)*

   Claudia

2. Preparer's Business or Organization Name

   Berry Appleman & Leiden LLP

### *Preparer's Mailing Address*

3.a. Street Number and Name

   2400 N Glenville Drive, Building A

3.b. Apt. ☐   Ste. ☒   Flr. ☐   100

3.c. City or Town

   Richardson

3.d. State  TX      3.e. ZIP Code  75082

3.f. Province

3.g. Postal Code

3.h. Country

   United States

---

Form I-539  12/23/16  N

Page 4 of 9

BAL 000080

*BAL LLP Appendix Page 37*

**Part 7. Contact Information, Certification, and Signature of the Person Preparing this Application, If Other than the Applicant** (*continued*)

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number

   972-729-6204

5. Preparer's Fax Number

   972-729-6100

6. Preparer's E-mail Address

   cvillasenor@balglobal.com

7.a. ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the applicant and with the applicant's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the applicant in this case *(choose one)* extends ☒ does not extend ☐ beyond the preparation of this form.

### Preparer's Certification

By my signature, I certify, swear or affirm, under penalty of perjury, that I prepared this form on behalf of, at the request of, and with the express consent of the applicant. I completed this form based only on responses the applicant provided to me. After completing the form, I reviewed it and all of the applicant's responses with the applicant, who agreed with every answer on the form. If the applicant supplied additional information concerning a question on the form, I recorded it on the form.

8.a. Preparer's Signature

8.b. Date of Signature *(mm/dd/yyyy)* ▶ 10/25/2018

BAL 000088

*BAL LLP Appendix Page 38*

## Part 4. *(continued)* Additional Information for Answers to Item Numbers 18., 19., and 20.

**If you answered "Yes" to Item Number 18.** in **Part 4.** of this form, give the following information concerning the removal proceedings. Include the name of the person in removal proceedings and information on jurisdiction, date proceedings began, and status of proceedings.

1. _____

**If you answered "No" to Item Number 19.** in **Part 4.** of this form, fully describe how you are supporting yourself. Include the source, amount, and basis for any income.

2. _____

**If you answered "Yes" to Item Number 19.** in **Part 4.** of this form, fully describe the employment. Include the name of the person employed, name and address of the employer, weekly income, and whether the employment was specifically authorized by USCIS.

3. Applicant, Luqin Sun, is an unpaid research scientist at the ~~University of San San Francisco at 2130 Fulton Street,~~ San Francisco, CA, 94117 in the United States. Applicant has a valid employment authorization until January 31, ~~2019.~~

**If you answered "Yes" to Item Number 20.** in **Part 4.** of this form, list the name and dates of the person or persons who maintained status as a J-1 exchange visitor or J-2 dependent.

4. _____

Form I-539  12/23/16  N

Page 6 of 9

BAL 000268

*BAL LLP Appendix Page 39*

**Supplement A.  Attach to Form I-539 when more than one person is included in this application.** *(List each person separately.  Do not include the person named in Form I-539.)*

### Person One

**1.a.** Family Name *(Last Name)*

**1.b.** Given Name *(First Name)*

**1.c.** Middle Name

**1.d.** Date of Birth *(mm/dd/yyyy)* ▶

**1.e.** Country of Birth

**1.f.** Country of Citizenship or Nationality

**1.g.** U.S. Social Security Number *(if any)* ▶

**1.h.** Alien Registration Number (A-Number) ▶ A-

**1.i.** Date of Arrival *(mm/dd/yyyy)* ▶

**1.j.** I-94 Arrival/Departure Record Number ▶

**1.k.** Passport Number

**1.l.** Travel Document Number

**1.m.** Country of Issuance for Passport or Travel Document

**1.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**1.o.** Current Nonimmigrant Status

**1.p.** Expiration Date *(mm/dd/yyyy)* ▶

### Person Two

**2.a.** Family Name *(Last Name)*

**2.b.** Given Name *(First Name)*

**2.c.** Middle Name

**2.d.** Date of Birth *(mm/dd/yyyy)* ▶

**2.e.** Country of Birth

**2.f.** Country of Citizenship or Nationality

**2.g.** U.S. Social Security Number *(if any)* ▶

**2.h.** Alien Registration Number (A-Number) ▶ A-

**2.i.** Date of Arrival *(mm/dd/yyyy)* ▶

**2.j.** I-94 Arrival/Departure Record Number ▶

**2.k.** Passport Number

**2.l.** Travel Document Number

**2.m.** Country of Issuance for Passport or Travel Document

**2.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**2.o.** Current Nonimmigrant Status

**2.p.** Expiration Date *(mm/dd/yyyy)* ▶

BAL 000080

*BAL LLP Appendix Page 40*

**Supplement A.** **Attach to Form I-539 when more than one person is included in this application.** *(List each person separately. Do not include the person named in Form I-539.) (continued)*

### Person Three

**3.a.** Family Name *(Last Name)*

**3.b.** Given Name *(First Name)*

**3.c.** Middle Name

**3.d.** Date of Birth *(mm/dd/yyyy)* ▶

**3.e.** Country of Birth

**3.f.** Country of Citizenship or Nationality

**3.g.** U.S. Social Security Number *(if any)* ▶

**3.h.** Alien Registration Number (A-Number) ▶ A-

**3.i.** Date of Arrival *(mm/dd/yyyy)* ▶

**3.j.** I-94 Arrival/Departure Record Number ▶

**3.k.** Passport Number

**3.l.** Travel Document Number

**3.m.** Country of Issuance for Passport or Travel Document

**3.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**3.o.** Current Nonimmigrant Status

**3.p.** Expiration Date *(mm/dd/yyyy)* ▶

### Person Four

**4.a.** Family Name *(Last Name)*

**4.b.** Given Name *(First Name)*

**4.c.** Middle Name

**4.d.** Date of Birth *(mm/dd/yyyy)* ▶

**4.e.** Country of Birth

**4.f.** Country of Citizenship or Nationality

**4.g.** U.S. Social Security Number *(if any)* ▶

**4.h.** Alien Registration Number (A-Number) ▶ A-

**4.i.** Date of Arrival *(mm/dd/yyyy)* ▶

**4.j.** I-94 Arrival/Departure Record Number ▶

**4.k.** Passport Number

**4.l.** Travel Document Number

**4.m.** Country of Issuance for Passport or Travel Document

**4.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**4.o.** Current Nonimmigrant Status

**4.p.** Expiration Date *(mm/dd/yyyy)* ▶

BAL 000200

*BAL LLP Appendix Page 41*

**Supplement A.  Attach to Form I-539 when more than one person is included in this application.** *(List each person separately.  Do not include the person named in Form I-539.) (continued)*

### Person Five

**5.a.** Family Name *(Last Name)*

**5.b.** Given Name *(First Name)*

**5.c.** Middle Name

**5.d.** Date of Birth     *(mm/dd/yyyy)* ▶

**5.e.** Country of Birth

**5.f.** Country of Citizenship or Nationality

**5.g.** U.S. Social Security Number *(if any)* ▶

**5.h.** Alien Registration Number (A-Number)  ▶ A-

**5.i.** Date of Arrival  *(mm/dd/yyyy)* ▶

**5.j.** I-94 Arrival/Departure Record Number ▶

**5.k.** Passport Number

**5.l.** Travel Document Number

**5.m.** Country of Issuance for Passport or Travel Document

**5.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**5.o.** Current Nonimmigrant Status

**5.p.** Expiration Date *(mm/dd/yyyy)* ▶

### Person Six

**6.a.** Family Name *(Last Name)*

**6.b.** Given Name *(First Name)*

**6.c.** Middle Name

**6.d.** Date of Birth     *(mm/dd/yyyy)* ▶

**6.e.** Country of Birth

**6.f.** Country of Citizenship or Nationality

**6.g.** U.S. Social Security Number *(if any)* ▶

**6.h.** Alien Registration Number (A-Number)  ▶ A-

**6.i.** Date of Arrival  *(mm/dd/yyyy)* ▶

**6.j.** I-94 Arrival/Departure Record Number ▶

**6.k.** Passport Number

**6.l.** Travel Document Number

**6.m.** Country of Issuance for Passport or Travel Document

**6.n.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

**6.o.** Current Nonimmigrant Status

**6.p.** Expiration Date *(mm/dd/yyyy)* ▶

BAL 000002

*BAL LLP Appendix Page 42*

# EXHIBIT 2

BAL 000208

BAL LLP Appendix Page 43

**HUA HOU**

**LUQIN SUN**

20-1304, Hushan Dijing Wan

Yuhang District, Hangzhou,
Zhejiang Province, China

Telephone: +001 5102055984

Email: hhou2011@outlook.com

Plaintiffs, In Pro Per

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **HUA HOU and LUQIN,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 21-cv-02958-D** |
| § | |
| **BERRY APPLEMAN & LEIDEN LLP,** § | |
| ***et. al.*** § | |
| § | |
| **Defendant.** § | |

### PLAINTIFFS' ANSWER TO FIRST SET OF
### INTERROGATORIES <u>TO PLAINTIFF HUA HOU</u>
### <u>AND LUQIN SUN</u>

Pro se Plaintiffs Hua Hou and Luqin Sun, hereby respond to Propounding Party's First Set

of Interrogatories.

### INTERROGATORIES

1.    Identify each and every person that was involved in answering these Interrogatories.

**ANSWER:**
Hua Hou and Luqin Sun

2.    State the name, address, and telephone number of each person who has knowledge

of any of the facts forming the basis of your claims asserted against either or both Defendants, and

BAL 000200

*BAL LLP Appendix Page 44*

identify the substance of their knowledge.

**ANSWER:**

Hua Hou and Luqin Sun as the clients

20-1304, Hushan Dijing Wan

Yuhang District, Hangzhou,
Zhejiang Province, China

Telephone: +001 5102055984


Claudia Villaseñor Sanchez
Attorney of BAL
Berry Appleman & Leiden LLP
2400 N. Glenville Drive
Building A, Suite 100
Richardson, TX, 75082, United States
T +1 972 729 6080

Erin Harris
Paralegal of BAL
Berry Appleman & Leiden LLP
2400 N. Glenville Drive
Building A, Suite 100
Richardson, TX, 75082, United States
T +1 972 729 6080


3.    State your current immigration status with the United States of America.

**ANSWER:**
Not applicable to Hua Hou and Luqin Sun since the plaintiffs are in China now.

4.    Describe the nature, extent and scope of your relationship with Defendants from

2017 until present.

**ANSWER:**

Defendants filed an H-1B Petition for Hou on or about November 19, 20l8 pursuant to the offer of employment received from Stem, Inc. Although BAL was retained by the petitioner, Stem, to file the H-1B petition for the beneficiary, Hou, an attorney-client relationship is created and implied from the parties' conduct which indicated the intent to enter into such a relationship.

BAL defendants represented plaintiff Sun before the USCIS requesting a change of status from F1 to a(n) H4 dependent of a nonimmigrant worker under the Immigration and Nationality Act ("INA"). BAL filed Sun's application for a Change of Status from F1 to H-4, and Sun signed the G-28 form to consent to BAL's representation, BAL became the attorney of record with respect to Sun's nonimmigrant visa petition.

5.      State with specificity the dates on which you allege that you created and/or

terminated your attorney-client relationship with Defendants.

**ANSWER:**

For Hua Hou
Start date: October 19, 2018 when BAL notified Hua Hou of the initialization of the H1b petition.
Terminate date: November 27, 2019 when BAL exclusively notified and forwarded the withdrawal notice dated May 2 2019 by USCIS.

For Luqin Sun
Start date: October 25, 2018 when BAL started to represent Luqin Sun in filing the application for a Change of Status from F1 to H4.
Terminate date: November 27, 2019 when BAL exclusively notified and forwarded the decision dated May 2 2019 by USCIS.

11.     State with specificity each act or omission of the Defendants which you allege

constituted a breach of their duty owed to you. In so answering, include:

    a.    The date on which the act or omission occurred;
    b.    The individual responsible for the act or omission; and
    c.    The nature of the act or omission.

**ANSWER:**
**Here question number 11 is messed up by the propounding party.**
a.    The date on which the act or omission occurred:
    May 2, 2019
b.    The individual responsible for the act or omission:
    BAL and Sanchez
c.    The nature of the act or omission:
    BAL breached the duty toward clients Hua Hou and Luqin Sun, by failing to notify the clients of the decisions dated May 2, 2019 from USCIS, not forwarding the decisions to the clients until 6 months and 26 days later, notwithstanding the fact that the decision greatly impacted and affected clients right as well as their understanding of the respective obligations under the law.
    BAL never notified the clients that BAL did not respond to the RFE other than withdrawing the petition on April 23, 2019 despite the fact that BAL was made aware of the promise from

BAL 000246

STEM.

BAL never notified the clients of the May 2, 2019 withdrawal notice, nor did BAL forward the withdrawal notice to the clients.

Based upon BAL's acts, errors, or omissions, Hua Hou and Luqin Sun began accruing "unlawful presence" as of May 2, 2019 without their knowledge of these facts, facts which were in the exclusive knowledge and possession of BAL.

6.    State the date of your initial visa application and/or immigration to the United States, stating with specificity, the date of each following occasion when you renewed your immigration and/or Visa application and the content of each application.

**ANSWER:**

This question is overly broad.  Only the visa history right before STEM/BAL started the H1b petition of Plaintiff Hua Hou and the Change of Status application of Plaintiff Luqin Sun are related to this lawsuit.

Luqin Sun renewed her F1 status on February 1, 2017. Her visa status expired on January 31, 2019.
Hua Hou changed his visa status to F2 on February 21, 2018, and his visa status expired on January 31, 2019, the same expiration date as the principal student visa holder Luqin Sun.

7.    Identify with specificity all documents that you provided to BAL and/or Stem for purposes of responding to the RFE.

**ANSWER:**

Plaintiff Hua Hou provided his Master's Degree certificate and Official Transcript from Boston University. All other documents such as the nature of work for purposes of responding to the RFE should be prepared by employer STEM and/or BAL.

8.    State with specificity the date on which you learned that you allegedly had begun accruing unlawful presence, and how you learned that you allegedly had begun accruing unlawful presence, as alleged in Paragraph 15 of the SAC.

**ANSWER:**

On November 27, 2019 BAL finally notified plaintiff Luqin Sun of the denial decision of Changing status made by USCIS on May 2, 2019 and forwarded the USCIS decision letter.

The notice from USCIS informed that plaintiff Sun has the right to file an appeal or a motion to reopen or reconsider the application by completing Form I-290B, and the appeal motion must be filed within 33 days from the date of the notice which was May 2, 2019.

At the end of the notice, the USCIS also cited The Immigration and Nationality Act INA 212(a)(9)(B) and warned that plaintiff Sun "has to be very careful to maintain plaintiffs' lawful status. Once the plaintiff's I-94 passed the expiration date, this notice may leave the plaintiff

BAL_000042

without lawful immigration status immediately."

In the same email, BAL also disclosed that BAL did NOT respond to the RFE but withdraw the H1b petition instead for the first time.

Sun was the principal alien visa holder and Hou was her dependent before filing their petition and change of status application. Since Sun's student visa expired on January 31, 2019. Sun and Hou began accruing "unlawful presence" as of May 2, 2019 and have been in unlawful presence for 6 Months and 26 days without the knowledge of these facts till November 27, 2019.

9.      Identify each and every attorney with whom you have consulted, either formally or

informally, regarding your immigration status and the filing of any petitions to change your

immigration status from 2017 to the present, the date on which you consulted each attorney, and

the nature and scope of your relationship with each attorney.

**ANSWER:**

Michael Moore,
As an Attorney of Fragomen on behalf of Amazon and Hua Hou, he provided the legal consulting service to Hua Hou for the Amazon H1b petition on November 6, 2019, and December 3, 2019.

Christian Y. Chen,
As an attorney at Law, she provided legal consulting services to plaintiffs for unlawful presence for more than 180 days on December 3, 2019.

Prerna Lal,
As an Attorney at Law, she provides legal service to Plaintiff Hua Hou and Luqin Sun for the unlawful presence of more than 180 days and the waiver (221g letters) on December 22, 2019.

10.     State with specificity all facts, opinions, and/or documents on which you rely in

support of your allegation that the attorney, who was filing a new H1B petition on behalf of Hou,

had no choice but to file an NTO petition, which Interrogatories the plaintiff to activate the visa

stamp at the Beijing consular office, as alleged in Paragraph 16 of the SAC.

**ANSWER:**
In order to respond to the RFE from USCIS issued on March 27, 2019, on behalf of Plaintiff Hou, Defendant informed Hou that STEM and BAL will work together to make a response to RFE by May 27, 2019.

On the April 2, 2019 email, Stem rescinded the job offer but promised Hou it "will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline".

BAL did not submit the document in response to the RFE, instead, BAL responded with an H1b petition withdrawal on April 23, 2019. This contravention of the promise was not disclosed to the plaintiff even plaintiff asked BAL three times before or around the RFE deadline dated May 27, 2019.

The USCIS confirmed STEM's withdrawal of the H1b petition on May 2, 2019. In the same communication, USCIS also denied Luqin Sun's application for a Change of Status from F1 to H4 and application for Employment Authentication.

When the Attorney on behalf of Amazon tried to file the new H1b petition for Hua Hou, he found Hou's immigration status was unclear. Even though the USCIS website showed that STEM/BAL's Response to RFE had been accepted and the case was still pending, the attorney believed that the USCIS website was not updated to reflect the case status.  Therefore, Amazon had no choice but to file an NTO petition.

The withdrawal notice by USCIS on Stem's petition and the decision by USCIS to Sun's Change of Status application was not notified and forwarded to the Plaintiffs until November 27, 2019, which is actually the day when the Amazon attorney filed the NTO petition.

11.    Identify the attorney that provided you with the advice identified in Interrogatory 9, and provide the attorney's contact information.

**ANSWER:**
Christian Y. Chen,
**Attorney at Law**,
christina@christinachenlaw.com
(415)-441-8778

Michael Moore,
Associate Attorney of Fragomen,
MMoore@fragomen.com
(617)-574-0400

Prerna Lal,
Attorney at Law,
prerna@lallegal.com
(510) 679-6899

12.    State with specificity all facts, opinions, and/or documents on which you rely in support of your allegation that you had no choice but to return to China on a rush basis, as alleged in Paragraph 16 of the SAC.

**ANSWER:**
The plaintiff must return to China because the NTO petition requests the plaintiff to activate the visa stamp at the Beijing consular office.

Plaintiffs have to leave the United States on a rush basis because on Nov 27, 2019 both plaintiffs learned that they had fully accrued unlawful presence for more than 180 days. They don't want to accrue more unlawful presence which could increase the risk of them obtaining a waiver of inadmissibility.

13.    State with specificity your current place of residence.

**ANSWER:**
Hangzhou, Zhejiang province, China

14.    State with specificity the date on which you returned to Alameda, California, as alleged in Paragraph 2 of the SAC.

**ANSWER:**
The plaintiffs were living in Alameda, California till January 3, 2020.

BAL 000256

15.     State with specificity all employment held by you since April of 2019. In so answering, identify the employer, and state with specificity the salary, benefits, and location of each respective employment position.

**ANSWER:**

Plaintiff Hua Hou had no employment since April 2019 in United State because Plaintiff had no approved H1b petition.

On June 12, 2020, Plaintiff Hua Hou started working for Amazon (China) as a software engineer with a salary of 700K Chinese Yuan (98K USD).

16.     State whether you have applied for employment at any employer from April 2, 2019 to the present. If so, with respect to each potential employer, state:

      a.  The name and address of the prospective employer;
      b.  The date of your application;
      c.  The title and job duties of the position for which you applied;
      d.  The rate of pay or salary and employee benefits associated with the position sought;
      e.  The efforts you made to secure employment at that employer; and
      f.  The disposition of your job application, i.e. whether you received a job offer and, if so, whether you accepted the offer and, if not, why you did not accept the job offer.

**ANSWER:**
This question is overbroad. Only Stem employment and Amazon employment are relevant to this lawsuit.

17.     State with specificity the address, fair market value of the property you allegedly rented out for below market, and the rental agreement price, as alleged in the Prayer for Relief of the SAC.

**ANSWER:**
The plaintiff's property is located at 1545 Morton Street, Alameda, California.

The fair market renting value of this property is $3800, estimated by professional real-estate marketplace company Zillow.
Due to the rush of moving back to China, the rental agreement is not at the hand of the Plaintiffs, but the tenant is paying $3000 every month since January 1, 2020 till present.

18.     Identify the make and model of the cars you allegedly sold for less than the fair market value, the fair market value of the cars, and the price you sold the cars for, as alleged in the Prayer for Relief of the SAC.

**ANSWER:**
Toyota Prius C 2012.  It was sold as $500 though the market value is $6500.
Subaru Outback 2009. It was sold as $13500 though the market value is $18500.

BAL 000252

19.     State with specificity any and all damages suffered by you as a result of the allegations

contained in the Complaint.

**ANSWER:**
The fact of the unlawful stay in the United State has a severe impact on Plaintiff's future immigration application. The constant worry about the risk of loss of immigration qualifications made Plaintiffs suffer from many sleepless nights and highly stressed conditions.

Furthermore, Amazon generously provides support for its employees to apply for Employment-based green cards from day one of boarding. However, Hou Hua lost the opportunity of applying for one since he is located in China.

20.     Identify and provide contact information for all persons you visited while residing

in China.

**ANSWER:**
This question is unrelated to this lawsuit.

21.    State with specificity the address where you resided while in China, and identify all parties who resided in the property.

**ANSWER:**
Plaintiff's whole family was or is living at the following address:
Lanzhou, Gansu Province, China
Hangzhou, Zhejiang Province, China

22.    List each step taken by Plaintiff to find employment subsequent to Stem's revocation of its offer of employment, as stated in the SAC.

**ANSWER:**
Tried to find new employment.
Queried BAL three times if BAL had submitted documents in response to RFE as Stem has promised to Hua Hou on April 2, 2019.
Queried the case status of the RFE for Hua Hou by visiting the USCIS website.
Queried the case status of Change of Status for Luqin Sun by visiting the USCIS website.

23.    List the commencement date of your employment with Amazon, your role at that time and any subsequent changes, your salary at that time and any subsequent changes, and the policy, rule, or communication relating to change in salary by location.

**ANSWER:**
Expected commencement date: December 2, 2019
Role: Software Engineer
Region: United States
Salary: **150k** Base + **70k** Sign-On Bonus = **$227,105**

Under the situation that Beijing Consular officer did not grant Plaintiff Hua Hou an H1b visa, Amazon had to issue a new job offer on June 9, 2020 to let Hua Hou work remotely from China for the Amazon Seattle team, complying with the rule and policy of Amazon (China).

Actual commencement date: June 12, 2020
Role: Software Engineer
Region: China
Salary: **450k** Base + **250k** Sign-On Bonus = **700k** Chinese Yuan or **$98,000**

24.    Identify every doctor, physician, psychologist, psychologist, psychiatrist, counselor, therapist, social worker, health or medical practitioner, hospital, clinic, institution, or other health care provider that you have consulted, been examined by, or treated by for any reason from January 1, 2017 to the present.

**ANSWER:**
Plaintiff Hua Hou was in good health status before he learned the fact of "unlawful presence".

Plaintiff Hua Hou did not have a health check after he learned the fact of "unlawful presence" because he has no medical insurance in the United States at that time.

25.    State or list each step was taken by you with the Beijing Consular Office relating to your immigration to or from the United States from 2019 to the present.

**ANSWER:**
Prepared the waiver (221g letter) application before return back to China.
Scheduled the appointment to interview with the Beijing Consular office.
Interviewed with the Consular office on January 13, 2020.

*Hua Hou and Luqin Sun*

**Hua Hou and Luqin Sun**
20-1304, Hu Shan Di Jin Wan
Yuhang District,
Hangzhou, Zhejiang province, China
Phone: +001 (510) 205-5984
Email: Hhou2011@outlook.com

BAL 000226

## CERTIFICATE OF SERVICE

We hereby certify that on this 8th day of March 2023, service of a true and complete copy

of the above and foregoing document was made to Defendant upon the following via email.

**WILSON, ELSER, MOSKOWITZ,EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202-3758


Hua Hou and Luqin Sun
Plaintiffs, In Pro Per

# EXHIBIT 3

BAL 000228

BAL LLP Appendix Page 58

**From:** Erik Egan <erik.egan@stem.com>
**Date:** Tuesday, April 2, 2019 at 4:47 PM
**To:** Hua Hou <hhou2011@gmail.com>
**Cc:** Patricia Lusk <patti.lusk@stem.com>
**Subject:** Rescinding Stem's Offer of Employment

Hello Hua –

This email is to formally confirm the information we discussed by phone earlier today. Unfortunately, Stem finds it necessary to rescind the offer of employment extended to you on October 13, 2018 due to adverse business conditions. All Stem activity regarding processing of your H1-B visa application to the USCIS must also cease, as will any work by Stem's lawyers (BAL) that would incur additional cost to Stem.

Per your request, however, Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.

3

BAL 000269

*BAL LLP Appendix Page 59*

I am deeply sorry that I have to inform you of this development. I and the team have been looking forward over the past six months to bringing you on board, but that will just not be possible now.

Best regards,

Erik

**Erik Egan** | Director, Network Operations

**stem**  |  **m**  510.499.2041

100 Rollins Road, Millbrae, California 94030

This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information and material for the sole use of the intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

4

# EXHIBIT 4

BAL 000226

BAL LLP Appendix Page 61



**From:** Hua Hou <hhou2011@gmail.com>
**Sent:** Thursday, May 23, 2019 7:50 PM
**To:** Jo Dulovics <jdulovics@balglobal.com>
**Subject:** Re: Stem | Hou, Hua | RFE

Hi Jo,
I have another University Transcript from Gatech. It is a Master Program in Computer Science.
I have attached it in this email.
Please add this one into the RFE package of my case.

Thank you!
-Hua Hou


On Tue, Apr 2, 2019 at 2:11 PM Hua Hou <hhou2011@gmail.com> wrote:

 Thanks a lot!

 On Tue, Apr 2, 2019 at 2:10 PM Jo Dulovics <jdulovics@balglobal.com> wrote:

  Hi Hua,

BAL 000282

*BAL LLP Appendix Page 62*

# EXHIBIT 5

BAL 000266

BAL LLP Appendix Page 63

# Redacted

**From:** Hua Hou <hhou2011@gmail.com>
**Date:** Thursday, May 30, 2019 at 2:08 PM
**To:** Patricia Lusk <patti.lusk@stem.com>
**Cc:** Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>, Erin Harris <eharris@balglobal.com>
**Subject:** Re: Stem: Rescinding Stem's Offer of Employment

Hi Patti,

Thanks for your email.
As Eric has told me, " Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.". I was wondering if BAL sent out my RFE package they have collected so far to USCIS. If USCIS got the RFE package, they will be spending more time to process it. That's what I want. I need to get more time to stay in valid visa status in order to find the next employer.

Thanks!
-Hua

On Thu, May 30, 2019 at 12:39 PM Patti Lusk <patti.lusk@stem.com> wrote:

> Hi Hua,

BAL 000167

*BAL LLP Appendix Page 64*

I hope you are doing well.  I just want to remind you of the email below that Stem had rescinded our offer of employment due to business conditions.  This means that we are no longer pursuing any immigration work on your behalf and we have closed your case with BAL.

Regards,

Patti

---

**Patti Lusk** | Vice President, Human Resources

**stem**  |  **m**  503.250.4854

100 Rollins Road, Millbrae, California 94030



This e-mail and/or any attachments contain Stem, Inc. confidential and proprietary information and material for the sole use of the intended recipient(s). Any review, use or distribution that has not been expressly authorized by Stem, Inc. is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

---

**From:** Erik Egan <erik.egan@stem.com>
**Date:** Tuesday, April 2, 2019 at 4:47 PM
**To:** Hua Hou <hhou2011@gmail.com>
**Cc:** Patricia Lusk <patti.lusk@stem.com>
**Subject:** Rescinding Stem's Offer of Employment

Hello Hua –

This email is to formally confirm the information we discussed by phone earlier today. Unfortunately, Stem finds it necessary to rescind the offer of employment extended to you on October 13, 2018 due to adverse business conditions. All Stem activity regarding processing of your H1-B visa application to the USCIS must also cease, as will any work by Stem's lawyers (BAL) that would incur additional cost to Stem.

Per your request, however, Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.

3

BAL 000168

# EXHIBIT 6

BAL 000262

*BAL LLP Appendix Page 66*

Please visit http://www.balglobal.com for information on BAL. *Admitted in New York. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Tuesday, November 26, 2019 4:23 PM
**To:** Claudia Villaseñor Sanchez
**Cc:** Erin Harris
**Subject:** Re: Stem | Hou, Hua | RFE

Hi Claudia

Part of the negotiation with Stem is that they will file the RFE and will not withdraw it. I checked the case every day and it shows that the case is pending. When did you withdraw the case?

I have to know the exact date. I am supposed to receive the notice, but we get nothing. I thought the case is till pending. If this is the case, I might be out of status for a while.

On Tue, Nov 26, 2019 at 2:10 PM Claudia Villaseñor Sanchez <cvillasenor@balglobal.com> wrote:

> Hi Hua,
>
> Thanks for reaching out. It's good to hear from you! Per Stem instructions, we responded to the RFE with a withdrawal. Since Stem's offer for employment wasn't still valid, that was appropriate in compliance with the regulations. Please let me know if you have additional questions.
>
> Best,
>
> —
>
> **Claudia Villaseñor** Associate Attorney, Attorney at Law*

7

BAL 000202

*BAL LLP Appendix Page 67*

**B·A·L**

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A

Richardson, TX, 75082, United States

**T** +1 972 729 6204

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for information on BAL. *Admitted in New York. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

**From:** Erin Harris
**Sent:** Tuesday, November 26, 2019 3:51 PM
**To:** Claudia Villaseñor Sanchez
**Subject:** FW: Stem | Hou, Hua | RFE

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Tuesday, November 26, 2019 11:09 AM
**To:** Erin Harris; Jo Dulovics
**Subject:** Re: Stem | Hou, Hua | RFE

Hi Erin,

As you and Stem have notified me, my case has been closed with your firm.

But I was wondering what the final decision from USCIS is.

I have got a new job offer from Amazon. The law firm of Amazon needs me to provide the latest update for my immigration status.

8

BAL 000220

BAL LLP Appendix Page 69

# EXHIBIT 7

BAL 000236

May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**



WAC1904950969

STEM INC
c/o CLAUDIA VILLASENOR SANCHEZ
BERRY APPLEMAN & LEIDEN LLP
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

Form I-129, Petition for a Nonimmigrant Worker



## WITHDRAWAL

On November 19, 2018, you filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS). In order to withdraw a petition, you must request a withdrawal before USCIS issues a decision. Title 8, Code of Federal Regulations (8 CFR) § 103.2(b)(6) states:

> Withdrawal. An applicant or petitioner may withdraw a benefit request at any time until a decision is issued by USCIS or, in the case of an approved petition, until the person is admitted or granted adjustment or change of status, based on the petition. However, a withdrawal may not be retracted.

Subsequent to the filing of the petition, you submitted a written notice requesting the withdrawal of the above-mentioned petition. Pursuant to that request, this notice is the official acknowledgment of your request to withdraw the petition and the record will reflect that your petition has been withdrawn.

The withdrawal of this case is the final action for which there are no appeal rights. However, per 8 CFR § 103.2(b)(15), the withdrawal does not preclude the filing of a new benefit request with a new fee. Please note that the facts and circumstances of the withdrawal may still be considered in the adjudication of future benefit requests, as outlined in 8 CFR § 103.2(b)(15).

Sincerely,

*Kathy A Baran*

Kathy A. Baran
Director, California Service Center

CSCI129CSCI12000010335969                    1 of 1                    www.uscis.gov

BAL 000236

*BAL LLP Appendix Page 70*

May 2, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**

LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

WAC1904950982

Form I-539, Application to Extend/Change
Nonimmigrant Status



## DECISION

Applicant(s): LUQIN SUN

On November 19, 2018, you filed a Form I-539, Application to Extend/Change Nonimmigrant Status with U.S. Citizenship and Immigration Services (USCIS).

After careful review and consideration of the entire record, your Form I-539 is denied for the reason(s) discussed below.

You filed this Form I-539 with U.S. Citizenship and Immigration Services (USCIS) requesting a change of status to a(n) H4 dependent of a nonimmigrant worker under the Immigration and Nationality Act (INA).

You were admitted to the United States or granted status as a dependent of a nonimmigrant worker. As a dependent of a nonimmigrant worker, your status is subject to the principal alien's status. Since the Form I-129, Petition for a Nonimmigrant Worker, and concurrent change of status for the principal alien was withdrawn, you do not qualify for the requested change of status.

Therefore, your application is denied. This decision is without prejudice to consideration of subsequent applications to extend/change nonimmigrant status filed with USCIS.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B
PO Box 21100

*BAL LLP Appendix Page 71*

Phoenix, AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 and/or 103.5; call our National Customer Service Center at 1-800-375-5283; or visit your local USCIS office.

### WARNING CONCERNING UNLAWFUL PRESENCE

Please be aware that, under section 212(a)(9)(B) of the Immigration and Nationality Act (INA), an alien who accrues more than 180 days of unlawful presence in the United States, and then departs, is inadmissible to the United States for a period of either three years or ten years.

You may remain in your current nonimmigrant status until the expiration date indicated on your Form I-94, Arrival-Departure Record. However, if the date listed on your Form I-94 has already passed, this Notice of Decision may leave you without lawful immigration status and you may be present in the United States in violation of the law.

Sincerely,

Kathy A. Baran
Director, California Service Center

BAL LLP Appendix Page 72

# EXHIBIT 8

BAL 000230

BAL LLP Appendix Page 73

**From:** Hua Hou <hhou2011@gmail.com>
**Sent:** Monday, March 22, 2021 9:47 AM
**To:** Erin Harris <eharris@balglobal.com>
**Cc:** Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>
**Subject:** Legal malpractice_ Stem | Hou, Hua | RFE

Hi Ms. Sanchez and Harris,

We are Hua Hou and Luqin Sun. You represented us for our changing status from F2 to H1b, and F1 to H4 in 2018 on behalf of Stem LLC.

Luqin Sun signed G28 Form , the "Notice of Entry of Appearance as Attorney or Accredited Representative" to give you the authority to represent her to change visa status from "F1 to H4". You did not notify us that our cases were denied on May 2nd until November 26th. So we have unlawful presence for more than six months. Even Hua received the job offer from Amazon, we were forced to leave U.S.. Our unlawful presence (more than 6 months) triggered three-year no reentry U.S. bar.

1

If you were responsible for your clients and told us the truth, we would leave U.S. earlier before the deadline of 6-month unlawful presence. We could come back to U.S and Hua could start his job in Seattle in November 2019. We could avoid the financial losses caused by leaving U.S. in a hurry and could not start to work until June 2020. Hua is currently working for Amazon Seattle team, while located in China. He has to burn his candles at night, in order to meet Seattle team's schedule. His salary is only less than half of his original package when he finally can work remotely from China.

The direct financial loss has reached to about $256,000, and not mention the huge pressure and emotional suffering brought by this issue. Two months after we left U.S. NPR news aired our story, you could check the attachment to get the report. Millions of audiences listened, and they feel sympathy about what we suffered. The reporter talked to us again and would like to make a follow-up story.

IF YOU DON'T RESPONSE TO US IN FIVE BUSINESS DAY AND GIVE US A REASONABLE SOLUTION FOR THIS MATTER, WE WILL TALK TO THE MEDIA AND RESERVE THE RIGHT TO SUE YOU.

Here is the list that showed our financial losses and emotional suffering:

Financial loss we had:
1) Hua has not worked for 7months, which lose salary about $150,000
2) The salary Hua has right now is only $100,000 per year, while his original package is $ 235,000. We lost about $80,000 until now.
3) We rent our house only $3000 a month, which it is way lower than a normal price in Alameda, about $4000. So we lost $1000 each month, $14,000 in total until now.
4) We sold our two cars in a very cheap price, which are lower than the market price for about $10,000
5) We hired a lawyer to write us a waiver, which costed us about $2,000.

We also suffered emotionally a lot:
1) Our visa status are seriously ruined, which will affect our green card application. It will lead to a possibility of ruin of our America Dream.
2) Our two children are located in China with us, but they cannot adjust to the Chinese education system and they are suffering everyday.
3) Hua has to work according to U.S. schedule. Sometimes he has a meeting at 4 am, which seriously affect his health.


-Hua Hou and Luqin Sun

# EXHIBIT 9

BAL 000242

*BAL LLP Appendix Page 76*

**HUA HOU**

**LUQIN SUN**

20-1304, Hushan Dijing Wan

Yuhang District, Hangzhou,

Zhejiang Province, China

Telephone: +001 5102055984

Email: hhou2011@outlook.com

Plaintiffs, In Pro Per

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **HUA HOU and LUQIN SUN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 21-cv-02958-D** |
| | § | |
| **BERRY APPLEMAN & LEIDEN LLP,** | § | |
| **_et. al._** | § | |
| | § | |
| **Defendant.** | § | |

### PLAINTIFFS' RESPONSE TO DEFENDANT's FIRST SET OF REQUESTS FOR PRODUCTION

Pro se Plaintiffs Hua Hou and Luqin Sun, hereby answer Propounding party's Requests for

the Production:

1.  Produce all documents referred to in your SAC, or which were used to obtain any

of the information alleged in your SAC, or in any way relate to, support or evidence the allegations

contained in your SAC.

**RESPONSE:**

The production demanded in Request No. 1 will be permitted. The documents requested are in
possession of the Plaintiffs and will be included in this production.

BAL 000248

2.      Produce all documents referred to in your answers to Interrogatories, or which were

used to obtain any of the information contained in your answers to Interrogatories.

**RESPONSE:**

The production demanded in Request No. 2 will be permitted. The documents requested are in
possession of the Plaintiff and will be included in this production.

3.      Produce all documents and/or communications that support your allegation that the

parties' conduct indicated the intent to enter into an attorney-client relationship, as alleged in

Paragraph 9 of the SAC.

**RESPONSE:**

The production demanded in Request No. 3 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

4.     Produce all documents and communications between you and BAL that in any way relate to the allegations contained in the SAC.

**RESPONSE:**

The production demanded in Request No. 4 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

5.     Produce all documents and communications between you and BAL in any way related to the H1-B Petition, the H4 Application, and/or the RFE.

**RESPONSE:**

The production demanded in Request No. 5 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

6.     Produce all documents and/or communications between you and Sanchez in any way related to the allegations of the SAC, the H1-B Petition, the H4 Application, and/or the RFE.

**RESPONSE:**

Production demanded in Request No. 6 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

7.     Produce all documents and/or communications between you and Stem from 2017 to the present that in any way relate to the allegations of the SAC, the H1-B Petition, the H4 Application, and/or the RFE.

**RESPONSE:**

The production demanded in Request No. 7 will be permitted only for the materials from 2018 since the relationship established with BAL is dated on October 2018. The documents requested are in possession of the Plaintiff and will be included in this production.

8.     Produce all documents and/or communications between you and the USCIS from 2010 to the present.

**RESPONSE:**

Plaintiffs object to the production demanded in Request No. 8 because this request is over broad.

9. Produce all documents and/or communications between you and the USCIS in any way related to the allegations of the SAC, the H1-B Petition, the H4 Application, the RFE, and/or the Amazon Petition.

**RESPONSE:**

The production demanded in Request No. 9 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

10. Produce all applications and/or petitions submitted by Hou and/or Sun to the USCIS for any change in immigration status from 2010 to the present.

BAL 000286

*BAL LLP Appendix Page 80*

**RESPONSE:**

Plaintiffs object to the production demanded in Request No. 10 because it is over broad.

11.    Produce documents and/or communications between Hou and/or Sun and the USCIS related to the applications identified in Request 11.

**RESPONSE:**

The production demanded in Request No. 11 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

12.    Produce all documents and/or communications between you and Amazon from 2017 to the present that in any way relate to the allegations of the SAC.

**RESPONSE:**

The production demanded in Request No. 12 will be permitted only for the part from 2019 since no items before 2019 has been identified that responsive to the request.. The documents requested are in possession of the Plaintiff and will be included in this production.

13.    Produce all documents and/or communications between you and the Amazon Attorney that in any way relate to the allegations of the SAC.

**RESPONSE:**

The production demanded in Request No. 13 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

14.    Produce all documents and/or communications related to the Amazon Attorney's advice that you had no choice but to file an "NTO Petition," which requires activating the visa stamp at the Beijing Consular Office, as alleged in Paragraph 16 of the SAC.

**RESPONSE:**

The production demanded in Request No. 14 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

15.    Produce all documents and/or communications related to the Amazon Attorney's warning of a high risk that you could not obtain an H1-B visa successfully from Beijing, as alleged in Paragraph 16 of the SAC.

**RESPONSE:**

The production demanded in Request No. 15 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

16.     Produce all documents and/or communications between you and any other attorney with whom you have consulted, either formally or informally, regarding your immigration status and the filing of any petitions to change your immigration status from 2017 to the present.

**RESPONSE:**

The production demanded in Request No 16 will be permitted only for the materials from 2019 since no items before 2019 have been identified being responsive to the request.

BAL 000288

17.    Produce all documents and/or communications between you and the Beijing Consular Office in any way related to the allegations of the SAC.

**RESPONSE:**

The production demanded in Request No. 17 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

18.    Produce all documents and/or communications between you and any other person in any way related to the allegations of the SAC.

**RESPONSE:**
Plaintiffs can't produce the production demanded in Request No. 18 since not items have been identified that are responsible to the request.

**19.**    Produce all documents and/or communications related to the Amazon Offer including, but not limiting to, documents and/or communications concerning the terms and conditions of your employment with Stem, offer of employment, contract of employment, employee or personnel handbooks, and any other documents describing or relating your employment with Amazon, including your job duties, responsibilities, compensation, and benefits.

**RESPONSE:**

The production demanded in Request 19 will be permitted. The documents requested are in possessions of the Plaintiff and will be included in this production.

20.    Produce all documents and/or communications related to the Amazon Petition.

**RESPONSE:**
The production demanded in Request No. 20 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

21.    Produce all documents and/or communications that in any way evidence the USCIS, or any other agency of the United States', determination that Hou and/or Sun began accruing unlawful presence.

**RESPONSE:**
The production demanded in Request No. 21 will be permitted. The documents requested are in

BAL 000289

possession of the Plaintiff and will be included in this production.

22.     Produce all documents and communications related to the Stem Offer including, but not limiting to, documents and/or communications concerning the terms and conditions of your proposed employment with Stem, offer of employment, contracts of employment, employee or personnel handbooks, and any other documents describing or relating your proposed employment with Stem, including your job duties, responsibilities, compensation, and benefits.

**RESPONSE:**

The production demanded in Request No. 22 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

23.     Produce all documents and communications related to the H1-B Petition.

**RESPONSE:**

The production demanded in Request No. 23 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

24.     Produce all documents and communications related to the H4 Application.

**RESPONSE:**

The production demanded in Request No. 24 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

25.     Produce all documents and communications related to the RFE.

**RESPONSE:**

The production demanded in Request No. 25 will be permitted. The documents requested are partially in possession of Plaintiff and will be included in this production.

26.     Produce all documents and communications provided by you to Stem and/or BAL

in response to the RFE.

**RESPONSE:**

The production demanded in Request No. 26 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.
.

27.     Produce all documents and communications related to Stem's withdrawal of the

Stem Offer.

**RESPONSE:**

The production demanded in Request No. 27 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

28.     Produce all documents and/or communications that relate to or concern in any way

any efforts for Hou or Sun to obtain employment since April 2, 2019, including, without limitation,

any application(s) for employment, offer letter(s) and correspondence with any prospective

BAL 000266

employer(s).

 **RESPONSE:**

Plaintiff objects to the production demanded in Request No. 28 because it is over broad. Only STM and Amazon employment are related to this  lawsuit.

29.      Produce all documents and communications in your possession (billing records,

invoices, proofs of payment, etc.) that in any way relate to any attorneys' fees paid by you from

2017 to the present.

 **RESPONSE:**

The production demanded in Request No. 29 will be permitted only for the part from 2019 since no items before 2019 has been identified that responsive to the request. The documents requested are in possession of the Plaintiff and will be included in this production.

BAL 000082

30.      Produce all documents and/or communications evidencing the alleged formation of any attorney-client relationship between BAL and Hou and/or Sun, including, but not limited to, any retainer agreement.

**RESPONSE:**
The production demanded in Request No. 30 will be allowed in whole. The documents requested are in possession of the Plaintiff and will be included in this production.

31.      Produce all documents and/or communications on which you rely in support of your allegation that Hou and Sun began accruing unlawful presence as of May 2, 2019, as alleged in Paragraph 15 of the SAC.

**RESPONSE:**
The production demanded in Request No. 31 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

32.      Produce all documents and/or communications evidencing any appointments at the Beijing Consular Office, or attempts to schedule any appointments with the Beijing Consular Office, as identified in Paragraph 18 of the SAC.

**RESPONSE:**
The production demanded in Request No. 32 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

33.      Produce all documents and/or communications related to the interview conducted by the Beijing Consular Office, as identified in Paragraph 18 of the SAC.

**RESPONSE:**
The production demanded in Request No. 33 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

**34.**      Produce all documents and/or communications that evidence Hou and Sun are currently residents of Alameda, California, as alleged in Paragraphs 1 and 2 of the SAC.

**RESPONSE:**

The production demanded in Request No. 34 will be permitted. The documents requested are in

BAL 000288

the processing of the Plaintiff and will be included in this production.

35.     Produce all documents and/or communications related to your allegation that you were not granted visas due to more than 6 months of unlawful presence, as alleged in Paragraph 18 of the SAC.

**RESPONSE:**

The production demanded in Request No. 35 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

BAL 000260

36.     Produce all documents and/or communications related to your allegation that you tried to apply for a waiver, but the consular did not have enough time to deal with it, as alleged in Paragraph 18 of the SAC.

**RESPONSE:**
The production demanded in Request No. 36 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

37.     Produce all documents and/or communications that demonstrate you did not have any income for the first 6 months in China, as alleged in Paragraph 19.

**RESPONSE:**
The production demanded in Request No. 37 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

**38.**     Produce all documents and/or communications that support your allegation that Hou only received half of the salary of his original Amazon Offer, as alleged in Paragraph 19.

**RESPONSE:**

The production demanded in Request No. 38 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

39.     Produce all documents that refer or relate in any way to any job that you held or applied to from 2017 to the present, including, but not limited to, documents relating to job title, job status, rates of pay, bonuses, paystubs and vouchers, employee policies, handbooks and benefit statements, insurance payments, health or welfare benefits, stock options or distributions or other benefits to be paid or provided to you (regardless of whether those benefits were actually obtained), counseling, disciplinary actions, suspensions, terminations, and/or resignations.

**RESPONSE:**
Plaintiffs object to the production demanded in Request No. 39 because the request is not related to this law suit except the STEM and Amazon employment.

**40.**     Produce all documents and/or communications concerning any emotional distress that you allege you have suffered or continue to suffer as a result of the allegations in the SAC.

BAL 000296

**RESPONSE:**

Production demanded in Request No. 40 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

41. Produce all documents and/or communications that support your allegation that Hou suffered from sleep disorders and may different illnesses as a result of BAL's alleged negligence.

**RESPONSE:**
The production demanded in Request No. 41 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

42.    Produce all medical, pharmaceutical, psychological, and counseling records from 2010 to the present.

**RESPONSE:**
Plaintiffs object to produce the production demanded in Request No. 42 because it is overly broad.

43.    Produce a signed authorization for the release of all medical, pharmaceutical, psychological, and counseling records and information for the years 2010 to the present from all of your physicians, psychiatrists, health care providers, or any other individuals possessing such information.

**RESPONSE:**
Plaintiff object the production demanded in Request No. 43 because it is overly broad.

**44.**    Produce all documents and/or communications that support your contention that you rented your home for cheaper than its worth, as alleged in the Prayer for Relief in the SAC.

**RESPONSE:**

Production demanded in Request No. 44 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

**45.**    Produce all documents and/or communications concerning the fair market value of your home including, but not limited to, appraisals and/or market comparable reports.

**RESPONSE:**

Plaintiff object the production demanded in Request No. 45 because it is not related to this lawsuit.

46.    Produce all rental agreements for your property from 2010 to the present.

**RESPONSE:**
Plaintiffs object to produce the production demanded in Request No. 46 since it is overly broad.

BAL 000092

The requested items after 2020 no longer exist or no longer in possession of Plaintiff. Plaintiff has made a diligent search in an effort to comply with the request.

       47.      Produce all documents and/or communications demonstrating the fair market value

of your two cars values referenced in the Prayer for Relief of the SAC.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request No. 47 since the documents no longer exits or no longer in possession of Plaintiff.

       48.      Produce all documents and/or communications concerning the fair market value of

your cars, as identified in the Prayer for Relief of the SAC.

**RESPONSE:**
Plaintiffs will produce some produce the production demanded in Request No. 48 since some documents no longer exist or no longer in possession of Plaintiff.

BAL 000298

**49.** Produce all documents and/or communications related to the sale of your cars, as identified in the Prayer for Relief of the SAC, including, but not limited to, any agreements.

**RESPONSE:**

Produce the production demanded in Request No. 49 since the documents no longer exits or no longer in possession of Plaintiff.

**50.** Produce all documents and/or communications that substantiate your income for the from 2015 to the present including, but not limited to, pay stubs, IRS Form W-2 or 1099, time records, wage summaries, tax documents.

**RESPONSE:**
Plaintiff objects to the production demanded in Request No. 50 because it is not related this law suit.

**51.** Produce your federal and state tax returns from 2015 to the present, with all W-2s, 1099s, schedules, and attachments

**RESPONSE:**
Plaintiff objects to the production demanded in Request No. 51 because it is not related this law suit.

**52.** Produce all documents and/or communications evidencing any airfare purchased for Hou or Sun to the United States from 2019 to the present.

**RESPONSE:**
The production demanded in Request No. 52 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

**53.** Produce all documents and/or communications demonstrating the duration of your stay in China including, but not limited to, bills, invoices, and/or phone records.

**RESPONSE:**
Plaintiffs object to the produce the production demanded in Request No. 53 because it is over broad.

**54.** All calendars, diaries, or notes of events or activities maintained by you while you resided in China.

BAL 000290

**RESPONSE:**

Plaintiffs object to produce the production demanded in Request No. 54 because it is over broad.


55.     Produce any communications between you and any non-party(ies) to this lawsuit

which reference or allude to the BAL Defendants.

**RESPONSE:**

The production demanded in Request No. 55 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

BAL 000206

56.    Produce all documents relating to any statement, oral or written, made by any of the parties to the present action relating to any of the issues, claims, facts or defenses in this case.

**RESPONSE:**

The production demanded in Request No. 56 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

57.    Produce all documents considered, reviewed, used, or relied upon or prepared by or on behalf of any person who will testify in this case as a lay witness, independent expert witness, or controlled expert witness.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request 57 because no items have been identified that are responsive to the request.

58.    Produce copies of all affidavits, transcripts of deposition or trial testimony of each controlled or uncontrolled expert witness in you or your counsel's possession or control, at any time during the last 10 years.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request No. 58 it is over broad to this lawsuit and not items have been identified that are responsive to the request.

59.    Produce a copy of the curriculum vitae, resume, or description of the credentials for each and every expert witness identified or known by you.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request No. 59 because no items have been identified that are responsive to the request.

60.    Produce all documents, records, physical items, or other evidence you will use as exhibits at trial, or during depositions.

**RESPONSE:**
The production demanded in Request No. 60 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

61.    Produce all articles, treatises, books, texts, literature, records, charts, tests, writings,

BAL 000206

standards, guidelines, by-laws, rules and regulations, statutes, investigations and other documents

that may be used at any deposition in this case or at the time of trial.

**RESPONSE:**

Plaintiffs can not produce the production demanded in Request No. 61 because no items have been identified that are responsive to the request.

62.     Provide an affidavit with your responses to this request stating whether the

production is complete in accordance with this request.

**RESPONSE:**

The production demanded in Request No. 62 will be provided. The documents requested are in possession of the Plaintiff and will be included in this production.

63.     To the extent that any of the requested documents are believed to be subject to any applicable privilege, identify those documents and specify the legal basis for the privilege claim.

**RESPONSE:**

The plaintiffs cannot produce the production demanded in Request No. 63 because it is not applied to our case.

64. Produce all documents concerning any damages that you are seeking in this action.

**RESPONSE:**
The production demanded in Request No. 64 will be permitted. The documents requested are in possession of the Plaintiff and will be included in this production.

65.     All documents concerning any lawsuits to which you have been a party, including but not limited to, copies of all complaints, pleadings, motions, and court decisions in such lawsuits.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request No. 65 because no items have been identified that are responsive to the request.

66.     All documents received in response to any subpoena or other request for information from any third party concerning any of the allegations contained in the Complaint and/or the defenses.

**RESPONSE:**
Plaintiffs cannot produce the production demanded in Request No. 66 because no items have been identified that are responsive to the request.

67.     To the extent not requested in the preceding requests, all e-mails, text messages, other electronically stored information, photos, drawings, films, videos, or recordings of any kind relating to or referencing the allegations in the Complaint or the facts underlying said allegations.

BAL 000208

**RESPONSE:**

Plaintiffs cannot provide the production demanded in Request No.67 because it is over broad.

68.     Produce all documents and/or communications evidencing your current immigration status with the United States.

 **RESPONSE:**

Plaintiffs cannot produce the production demanded in Request No. 68 because Plaintiffs are not qualified to be beneficial to apply for employment based immigration petitions since they are located in China since January 3 2020 .

*Hua Hou and Luqin Sun*

**Hua Hou and Luqin Sun**
20-1304, Hu Shan Di Jin Wan
Yuhang District,
Hangzhou, Zhejiang province, China
Phone: +001 (510) 205-5984
Email: Hhou2011@outlook.com

BAL 000266

## CERTIFICATE OF SERVICE

We hereby certify that on this 9th day of March 2023, service of a true and complete copy of the above foregoing document and productions was made to Defendant upon the following via email.

**WILSON, ELSER, MOSKOWITZ,EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202-3758

BAL 000206

*BAL LLP Appendix Page 100*

BAL 000262

*BAL LLP Appendix Page 101*

Hua Hou and Luqin Sun
Plaintiffs, In Pro Per

BAL 000268

# EXHIBIT 10

BAL 000269

BAL LLP Appendix Page 103

# IN THE DISTRICT COURT OF THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3-21CV2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF CLAUDIA VILLASEÑOR-SANCHEZ

Before me, the undersigned authority, Claudia Villaseñor Sanchez, sworn under oath,

deposes as follows:

1. My name is Claudia Villaseñor Sanchez. I am over eighteen years of age, have personal knowledge of the following facts, and I am fully competent and qualified to make the statements set forth below. Each and every statement of fact contained in this affidavit is true and correct based upon my personal knowledge.

2. I am a Senior Associate at the law firm Berry Appleman & Leiden LLP ("BAL").

3. I have personal knowledge regarding the legal services that BAL provided to Stem, Inc associated with requests for changes in immigration status for Hua Hou ("Hou") and his spouse, Luqin Sun ("Sun"), who are the named Plaintiffs in this matter.

4. The legal services that BAL provided to Stem was done pursuant to an April 10, 2015 engagement agreement whereby Stem hired BAL to handle its immigration-related legal services.

5. I personally prepared and submitted the petition for an H-1B change of status for Hou, and a submission for Sun related to her immigration status (collectively, the "Submissions") attached to the Defendants' Memorandum in Support of their Motion for Summary Judgment as **Exhibit 1** and have personal knowledge thereof. The Petitions attached to the Defendants' Memorandum in Support of their Motion for Summary Judgment as Exhibit 1 were completed and submitted within the regular course of business in my role as attorney for BAL and the Petitions are true and accurate copies of the originals.

6. The records attached to Defendants' Memorandum in Support of their Motion for Summary Judgment at **Exhibits 3-8** were received, created and/or prepared by BAL during or after such time that BAL provided legal services to Stem, Inc. associated with the

---

**AFFIDAVIT OF CLAUDIA VILLASEÑOR SANCHEZ**                                    **PAGE 1**
**287670840v.1**

DocuSign Envelope ID: 0055B070-F75C-4AAC-AC24-F688AD4ED258

Petitions, and these records are kept in the regular course of business of BAL, and it was in the regular course of business of BAL for an employee, or representative, with personal knowledge of the act, event or condition, or opinion, recorded to make and/or maintain the records or to transmit information hereof to be included in such records. The records were made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached thereto are true and accurate copies of the originals.

FURTHER AFFIANT SAYETH NOT.

DocuSigned by:

CLAUDIA VILLASEÑOR SANCHEZ

73752DAD537B457...

Dated: 10/9/2023

**AFFIDAVIT OF CLAUDIA VILLASEÑOR SANCHEZ**
**287670840v.1**

**PAGE 2**

BAL LLP *Appendix Page 106*

# EXHIBIT 11

BAL 000202

## NONIMMIGRANT VISA UNIT, CONSULAR SECTION
## U.S. EMBASSY BEIJING
## 221(g) Administrative Processing

This office is unable to conclude processing of your nonimmigrant visa application at this time.  This action is being taken under 221(g) of the United States Immigration and Nationality Act.  In your case, additional review or administrative processing is required.  **We will contact you when our review is complete.  Please do not come back to the Embassy unless we contact you.**

_____ We have retained your passport. You will receive notification by email when we have sent your passport to the CITIC Bank branch that you chose when you applied for a visa.

_____ We have <u>not</u> retained your passport.  Please wait for us to notify you by email that we have concluded administrative processing.  We will provide you with further instructions at that time.

We caution you not to make any concrete travel plans, including purchasing airline tickets, until after we have informed you that your visa is ready.

BAL 000208

## 北京美国驻华大使馆非移民签证处
## 221（g）行政审理单

美国使馆签证处暂时无法完成您的非移民签证申请的审理，这是根据美国移民国籍法做出的决定，您的申请需要进行另外的复审或行政审理。**审核结束后我们会与您联系。在我们未联系您之前请不要前来使馆。**

X 我们留下了您的护照。待行政审理结束后，我们会通过电子邮件通知您，护照已退到您申请签证时所选择的中信银行分/支行。
____ 我们没有留下您的护照。待行政审理结束后，我们会通过电子邮件通知您。届时我们会为您提供进一步的说明。

在此我们提醒您，在没有接到您签证已好的通知前，请不要作出任何具体旅行的计划，包括购买机票等。

BAL 000209