**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:21-cv-2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO:
(1) STRIKE PLAINTIFFS' OCTOBER 12, 2023 DISCOVERY REQUESTS AND BAR
PLAINTIFFS FROM ISSUING OR DISCLOSING ANY FURTHER DISCOVERY
PURSUANT TO RULE 37; OR,
ALTERNATIVELY:
(2) ENTERING A PROTECTIVE ORDER UNDER RULE 26 STRIKING PLAINTIFFS'
OCTOBER 12, 2023 DISCOVERY REQUESTS AND BARRING PLAINTIFFS FROM
ISSUING OR DISCLOSING ANY FURTHER DISCOVERY**

Defendants, BERRY APPLEMAN & LEIDEN LLP (individually "BAL LLP") and

CLAUDIA VILLASEÑOR SANCHEZ (individually "Claudia") (collectively, "Defendants"), by

and through their undersigned counsel, and for their Motion to Strike Plaintiffs' October 12, 2023

Discovery Requests and Bar Plaintiffs from Issuing or Disclosing Any Further Discovery

Materials Pursuant to Rule 37, or, alternatively, for a Protective Order to be Entered Pursuant to

Rule 26 that Strikes Plaintiffs' October 12, 2023 Discovery Requests and Bars Plaintiffs from

Issuing or Disclosing Any Further Discovery Materials, hereby state as follows:

**SUMMARY OF ARGUMENT AND RELIEF SOUGHT**

Over one month after discovery closed and two (2) days after Defendants' filed a motion

for summary judgment that, in part, argued Plaintiffs' claim failed for failure to disclose expert(s),

Plaintiffs propounded Interrogatories and Requests for Production upon Defendants. As set forth

*DEFENDANTS' MOTION FOR RELIEF RELATED TO PLAINTIFFS' 10/12/23 DISCOVERY REQUESTS*

1

in the Memorandum in support of this Motion, Plaintiffs' conduct in this regard is such that striking Plaintiffs' October 12, 2023 Discovery Requests and barring Plaintiffs from issuing or disclosing any further discovery pursuant to Rule 37 is proper. Alternatively, the entry of a protective order under Rule 26 striking Plaintiffs' October 12, 2023 Discovery Requests and barring Plaintiffs from issuing or disclosing any further discovery is proper.

WHEREFORE, Defendants, BERRY APPLEMAN & LEIDEN LLP and CLAUDIA VILLASEÑOR SANCHEZ, respectfully request this Court enter an ORDER: (1) striking the October 12, 2023 Discovery Requests and barring Plaintiffs from issuing or disclosing any further discovery materials pursuant to Rules 37(b)(2)(A)(ii)-(vii); alternatively, (2) entering a PROTECTIVE ORDER striking the October 12, 2023 Discovery Requests and barring Plaintiffs from issuing or disclosing any further discovery materials pursuant to Fed. R. Civ. P. 26; and/or for any and all other relief this Court deems just and appropriate.

Respectfully submitted,

 /s/ Susan Abbott Schwartz
**Susan Abbott Schwartz**
State Bar No. 00797900
Susan.Schwartz@wilsonelser.com

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202-3758
(214) 698-8000 – Main
(214) 698-1101 – Fax

**ATTORNEY FOR DEFENDANTS**

## LOCAL RULE 7.1(B) CERTIFICATE OF CONFERENCE

On October 13, 2023, counsel for Defendants emailed Plaintiffs that "[i]t is our position that the written discovery you propounded is outside of the Court's order as to when discovery requests can be served. We will be moving to strike your requests." Plaintiffs have not responded or otherwise communicated with Defendants' counsel since that email. (See, Exhibit B; Appx. at p. 4)

*/s/ Susan Abbott Schwartz*
Susan Abbott Schwartz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to Plaintiffs via electronic service in accordance with the Federal Rules of Civil Procedure, on this the 1st day of November, 2023 via the e-filing system.

*/s/ Susan Abbott Schwartz*
Susan Abbott Schwartz