**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:21-cv-2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER UNDER RULE 26**

On this the _____ day of _____, 2023 came to be heard Defendants Berry Appleman & Leiden LLP's and Claudia Villasenor-Sanchez's Alternative Motion to Enter a Protective Order Under Rule 26 Striking Plaintiffs' October 12, 2023 Discovery Requests and Barring Plaintiffs from Issuing or Disclosing Any Further Discovery. After considering the Motion, Memorandum in Support, Appendix and arguments of counsel, the Court is of the opinion that it should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that a protective order is issued under Rule 26 striking Plaintiffs' October 12, 2023 Discovery Requests to Berry Appleman & Leiden LLP and Claudia Villasenor-Sanchez and barring Plaintiffs from issuing or disclosing any further discovery.

It is so **ORDERED**.

**SIGNED** this ___ day of_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER RULE 26