**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:21-cv-2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO
STRIKE DISCOVERY REQUESTS UNDER RULE 37**

On this the _____ day of _____, 2023 came to be heard Defendants Berry Appleman & Leiden LLP's and Claudia Villasenor-Sanchez's Motion to Strike Plaintiffs' October 12, 2023 Discovery Requests and Bar Plaintiffs from Issuing or Disclosing Any Further Discovery Pursuant to Rule 37. After considering the Motion, Memorandum in Support, Appendix and arguments of counsel, the Court is of the opinion that it should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' October 12, 2023 discovery requests are struck and Plaintiffs are barred from issuing or disclosing any further discovery pursuant to Rule 37.

It is so **ORDERED**.

**SIGNED** this ___ day of_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**