**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HUA HOU and LUQIN SUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:21-cv-2958-D |
| vs. | ) | |
| | ) | |
| BERRY APPLEMAN & LEIDEN LLP and | ) | |
| CLAUDIA VILLASEÑOR-SANCHEZ | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION
TO:  STRIKE PLAINTIFFS' OCTOBER 12, 2023 DISCOVERY REQUESTS AND BAR
PLAINTIFFS FROM ISSUING OR DISCLOSING ANY
FURTHER DISCOVERY PURSUANT TO RULE 37; OR, ALTERNATIVELY:
(2) ENTERING A PROTECTIVE ORDER UNDER RULE 26 STRIKING PLAINTIFFS'
OCTOBER 12, 2023 DISCOVERY REQUESTS AND BARRING PLAINTIFFS FROM I
SSUING OR DISCLOSING ANY FURTHER DISCOVERY**

| EXHIBIT | DECRIPTION | PAGES |
|---|---|---|
| Exhibit A | Plaintiffs' October 12, 2023 email enclosing Interrogatories and Requests for Production | 3 |
| Exhibit B | October 13, 2023 Emails between Plaintiffs and Defendants' counsel | 4 |

Respectfully submitted,

 */s/ Susan Abbott Schwartz*
**Susan Abbott Schwartz**
State Bar No. 00797900
Susan.Schwartz@wilsonelser.com

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202-3758

(214) 698-8000 – Main
(214) 698-1101 – Fax

**ATTORNEY FOR DEFENDANTS**

EXHIBIT A

**From:** Hua Hou [mailto:hhou2011@outlook.com]
**Sent:** Thursday, October 12, 2023 2:57 AM
**To:** Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>; Schwartz, Susan A. <Susan.Schwartz@wilsonelser.com>; Williams, Deanna M. <Deanna.Williams@wilsonelser.com>
**Subject:** Notice of Documents- RTP to BAL and Rogs to BAL

**EXTERNAL EMAIL** This email originated from outside the organization.

Hello,

Please find attached the following documents dated for October 12, 2023.

- RTP to BAL - Plaintiff's Fist Set of Request for Production to Defendants BAL.pdf
- Rogs to BAL - Plaintiff's First Set of Interrogatories to Defendant BAL.pdf

-Hua Hou
-Luqin Sun

EXHIBIT B

| | |
|---|---|
| **From:** | Blair, Kimberly E. |
| **Sent:** | Friday, October 13, 2023 10:00 AM |
| **To:** | Hua Hou |
| **Cc:** | Schwartz, Susan A.; Hemphill, Joseph B.; Merlo, Robert F. |
| **Subject:** | RE: Hua Hou, et al. v. Berry Appleman & Leiden LLP, et al. - Joint Status Report and Discovery |

Thank you for your email.  It is our position that the written discovery you propounded is outside of the Court's order as to when discovery requests can be served.  We will be moving to strike your requests.

Thank you

Kim

Kimberly E. Blair
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001
312.821.6139 (Direct)
312.259.6414 (Cell)
312.704.0550 (Main)
312.704.1522 (Fax)
kimberly.blair@wilsonelser.com

**From:** Hua Hou [mailto:hhou2011@outlook.com]
**Sent:** Friday, October 13, 2023 9:57 AM
**To:** Kim, Elliot <Elliot.Kim@wilsonelser.com>
**Cc:** Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>; Schwartz, Susan A. <Susan.Schwartz@wilsonelser.com>
**Subject:** Re: Hua Hou, et al. v. Berry Appleman & Leiden LLP, et al. - Joint Status Report and Discovery

**EXTERNAL EMAIL** This email originated from outside the organization.

Hello,

Via a separated email sent on October 12th, we have requested BAL to responses to our propounded written discovery. We also asked BAL to answer our first set of Interrogatories.
.
Please provide the requested Answers and Responses to the propounded written discovery within 14 days, or October 26, 2023.

Thank you!

-Hua Hou and Luqin Sun