**HUA HOU**
**LUQIN SUN**
18-604  Wei Chen Yue Cheng
Lin'an, Hangzhou, Zhejiang, China
Telephone: +001 5102055984
Email: hhou2011@outlook.com

## IN THE DISTRICT COURT OF NORTHERN DISTRICT OF TEXAS
### IN AND FOR THE COUNTY OF DALLAS

| | |
|---|---|
| HUA HOU<br><br>LUQIN SUN<br><br>Plaintiff,<br>vs.<br>BERRY APPLEMAN & LEIDEN LLP<br>CLAUDIA VILLASEÑOR-SANCHEZ<br>Defendant | Case No.:  3:21-cv-02958-D<br><br><br>PLEADING TITLE |

APPENDIX TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR

MEMORANDUM TO DISMISS DEFENDANTS'S MOTION

TO:

(1) STRIKE PLAINTIFFS' OCTOBER 12, 2023 DISCOVERY REQUESTS AND BAR

PLAINTIFFS FROM ISSUING OR DISCLOSING ANY

FURTHER DISCOVERY PURSUANT TO RULE 37; OR, ALTERNATIVELY:

(2) ENTERING A PROTECTIVE ORDER UNDER RULE 26 STRIKING PLAINTIFFS'

OCTOBER 12, 2023 DISCOVERY REQUESTS AND BARRING PLAINTIFFS FROM

ISSUING OR DISCLOSING ANY FURTHER DISCOVERY

| EXHIBIT | DESCRIPTIONS | PAGES |
|---|---|---|
| Exhibit 1 | Email on March 7 2023 to | 3 |

|  | ask Defendants to fix the errors in their request for discovery document. |  |
|---|---|---|
| Exhibit 2 | Emails on March 8 2023 to response with the discover documents | 4 |
| Exhibit 3 | On September 8 2023, Defendants denied plaintiffs response on the discover documents. | 6 |

Respectfully submitted,

HUA HOU and LUQIN SUN
18-604 Wei Chen Yue Cheng
Lin'an District, Hangzhou
Zhejiang Province, China
3100

# EXHIBIT 1

 **Hua Hou**

To: Sorto, Josselyn

Cc: Williams, Deanna M.

Tue 3/7/2023 8:52 AM

Hello

After carefully reviewing the documents, we found several mistakes you have made in the documents. In order to make the documents more accurate, please fix the documents accordingly

1. The definitions of "Sun" are wrong in both "Defendants' first set of requests for production" and "Interrogatories" documents.
2. The number sequences of interrogatories are messed up and repeated.
3. You messed up the date when Hou and Sun started to establish a relationship with BAL and STEM.
4. You also messed up the date when Hou and Sun started to file the documents to USCIS, relevant to this lawsuit.
5. Another date was messed up when Amazon and Hou started the relationship.

Since there are key information demonstrated in the documents are wrong, we (Hou and Sun) strongly asked you to fix the mistakes and resend your requests for production and interrogatories purpose. Once we received the corrected documents with the new time frame, we will response and answer them within thirty (30) days, pursuant to Federal Rule of Civil Procedure 33 and 34.

Best
Hua Hou
Luqin Sun

# EXHIBIT 2



**Hua Hou**

To: Sorto, Josselyn

Cc: Williams, Deanna M.

Thu 3/9/2023 12:48 PM

Plaintiff's Answers to Defend...
214 KB

Hello,

In the previous email, we have requested you to fix a few errors found in your request for produection and interrogatories.

We did not receive any update from your side yet.

Here we replied you with our **answers to your interrogatories** based your currrent uncorrected copies. Please find the attached document dated for Mach 8, 2023.


Best
Hua Hou
Luqin Sun

...



Hello,

Here we replied you with our **response to your first set of requests for production** based your current uncorrected copies.

# EXHIBIT 3

Hua Hou, et al. v. Berry Appleman & Leiden LLP, et al. - Joint Status Report and Discovery

**KE** Kim, Elliot <Elliot.Kim@wilsonelser.com>

To: You                                                          Fri 9/8/2023 12:27 AM

Cc: Blair, Kimberly E.;  Schwartz, Susan A.

📄 Joint Status Report.docx
24 KB

Mr. Hou and Ms. Sun,

Pursuant to the Court's Scheduling Order, we are required to submit a Joint Status Report regarding the status of settlement by September 8, 2023. Please see attached for the draft Joint Status Report. Should you agree to its contents, please include your signatures as designated in the bottom of the document. In order to meet the deadline, Defendants intend to file an individual report should we not receive a signed copy and/or hear from you by tomorrow.

On a separate matter, we have yet to receive any responses to our propounded written discovery. Written discovery was propounded as of February 7, 2023. Should you have issues with the requested discovery, you may indicate your responsive objections accordingly. Despite your following March communication demanding corrections in your perceived errors, it is not within your power to withhold discovery outright. As such, we request that you provide the requested Answers and Responses to the propounded written discovery within 14 days, or September 21, 2023.

Thank you,

Elliot