# Exhibit 1

 **Gmail**

## Stem | Hou, Hua | H-1B | Initial Information for Your Immigration Process

**Erin Harris** <eharris@balglobal.com>                                    Fri, Oct 19, 2018 at 10:44 AM
To: "hhou2011@gmail.com" <hhou2011@gmail.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>, Jeana Altom <jaltom@balglobal.com>, Sofia Carbajal <scarbajal@balglobal.com>

# B · A · L

# Hi Hua,

My name is Erin Harris with Berry Appleman & Leiden (BAL). I'm excited to guide you through your immigration process in the United States.

**Contact me or my manager with any questions:**

| | |
|---|---|
| **Erin Harris** | **Claudia Villaseñor Sanchez** |
| Paralegal | Associate Attorney |
| eharris@balglobal.com | cvillasenor@balglobal.com |
| 972-729-6080 | 972-729-6204 |

**NEXT STEPS**

## 1 PROCESS OVERVIEW

We will prepare and file an H-1B petition on your behalf, to enable you to transfer from your current employer to Stem and start working there. Check out an **overview** of this process.

Review the **document checklist**.

Let us know of any upcoming travel plans. We must file the H-1B petition while you are physically in the U.S.

## 2 QUESTIONNAIRE

Check your inbox for a system generated email from no_reply@balglobal.com with a link to the questionnaire (and BAL User Registration, if you have not previously logged into our system).



## 3 DOCUMENTS

Please upload the requisite immigration documents to our secure **online portal** .

## TIMELINE OVERVIEW

**H-1B PREPARATION**
Estimated prep time:
**2-4 weeks**

**H-1B APPROVAL**
Estimated processing time:
**4-6 months**

## I look forward to working with you!

BAL is proud to be Stem's immigration provider. As we move forward, I'll be your primary point of contact and will be sure to always keep you informed of the status of your case.

**B · A · L**

—

**Erin Harris**  Paralegal II

**B · A · L**

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A, Suite 100

Richardson, TX, 75082, United States

**T** +1 972 729 6080   **F** +1 972 729 6100

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for more information. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

–

---

**4 attachments**



**ATT95055.jpg**
5K



**ATT23448.jpg**
3K



**ATT55769.jpg**
3K

**B·A·L**

**ATT54219.jpg**
18K