# Exhibit 4

 

## RE: Stem | Hou, Hua | RFE

**Hua Hou** <hhou2011@gmail.com>                                                        Fri, May 24, 2019 at 1:59 PM
To: Erin Harris <eharris@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>

Hi Erin and Jo,
I was wondering if my RFE package has been prepared to send back USCIS by May 27th.
Here I also attached one more my transcript from Gatech. Please add this one into the package too.

Have a great weekend.

Thanks!
-Hua
[Quoted text hidden]

---

**4 attachments**

**B · A · L** **image002.png**
2K

**B · A · L** **image001.jpg**
1K

📄 **Transcript-CN-DB.pdf**
4058K

📄 **Transcript-CN-DB.pdf**
4058K