# Exhibit 5

 

## RE: Stem | Hou, Hua | RFE

**Hua Hou** <hhou2011@gmail.com>                                    Wed, May 29, 2019 at 10:25 AM
To: Erin Harris <eharris@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>

Hi Erin and Jo,
I just want to confirm my RFE package has been sent to USCIS.
Please let me know if you have sent it.

Thanks!
-Hua
[Quoted text hidden]