# Exhibit 6

 
# Stem: Rescinding Stem's Offer of Employment

**Hua Hou** <hhou2011@gmail.com>                                Thu, May 30, 2019 at 2:07 PM
To: Patti Lusk <patti.lusk@stem.com>
Cc: Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>, Erin Harris <eharris@balglobal.com>

Hi Patti,

Thanks for your email.
As Eric has told me, " Stem will ask BAL to submit the RFE documents they already have in hand shortly before the May 27th deadline. We hope this provides you with the additional time you need to find alternative employment.". I was wondering if BAL sent out my RFE package they have collected so far to USCIS. If USCIS got the RFE package, they will be spending more time to process it. That's what I want. I need to get more time to stay in valid visa status in order to find the next employer.

Thanks!
-Hua
[Quoted text hidden]