# Exhibit 7

 **Gmail**                                        **Hua Hou <hhou2011@gmail.com>**

# RE: Stem | Hou, Hua | RFE

**Hua Hou** <hhou2011@gmail.com>                          Tue, Nov 26, 2019 at 9:09 AM
To: Erin Harris <eharris@balglobal.com>, Jo Dulovics <jdulovics@balglobal.com>

Hi Erin,

As you and Stem have notified me, my case has been closed with your firm.
But I was wondering what the final decision from USCIS is.
I have got a new job offer from Amazon. The law firm of Amazon needs me to provide the latest update for my immigration status.

I just check the USCIS. Both H1b case WAC 1904950069 and H4 case WAC1904950982 are still pending.

Do you have received any final decision from USCIS, since we submitted the Response for Evidence on April 2019?

Thank you very much. I really need your help!
-Hua

[Quoted text hidden]