# Exhibit 8

M Gmail

Hua Hou <hhou2011@gmail.com>

## RE: Stem | Hou, Hua | RFE

**Claudia Villaseñor Sanchez** <cvillasenor@balglobal.com>                    Tue, Nov 26, 2019 at 2:10 PM
To: "hhou2011@gmail.com" <hhou2011@gmail.com>
Cc: Erin Harris <eharris@balglobal.com>

Hi Hua,

Thanks for reaching out. It's good to hear from you! Per Stem instructions, we responded to the RFE with a withdrawal. Since Stem's offer for employment wasn't still valid, that was appropriate in compliance with the regulations. Please let me know if you have additional questions.

Best,

—

**Claudia Villaseñor** Associate Attorney, Attorney at Law*

**B · A · L**

Berry Appleman & Leiden LLP