# Exhibit 9

## RE: Stem | Hou, Hua | RFE

**Claudia Villaseñor Sanchez** <cvillasenor@balglobal.com>
To: Hua Hou <hhou2011@gmail.com>
Cc: Erin Harris <eharris@balglobal.com>

Wed, Nov 27, 2019 at 6:57 AM

Hi Hua,

No worries! I understand that this situation is extremely stressful for you.  I am sure your immigration counsel will find a solution. Unfortunately, USCIS website is not always up to date. The withdrawal letter was issued May 2nd. We will be providing the letter on a separate email for your records. We wish you the best of lucks and a most blessed holiday season.

Best,

—

**Claudia Villaseñor** Associate Attorney, Attorney at Law*

**B·A·L**

Berry Appleman & Leiden LLP