# Exhibit 10

 

## RE: Stem | Hou, Hua | RFE

**Erin Harris** <eharris@balglobal.com>                          Wed, Nov 27, 2019 at 7:57 AM
To: Hua Hou <hhou2011@gmail.com>, Claudia Villaseñor Sanchez <cvillasenor@balglobal.com>

Hi Hua,

Attached is the decision from the withdraw. No, we did not respond to the RFE other than withdrawing the petition. Case status online does not always update properly.

Regards,

**Erin Harris**  Senior Paralegal

**B · A · L**

Berry Appleman & Leiden LLP

2400 N. Glenville Drive

Building A, Suite 100

Richardson, TX, 75082, United States

**T** +1 972 729 6080   **F** +1 972 729 6100

Web  Facebook  Twitter  LinkedIn  Google+

Please visit http://www.balglobal.com for information on BAL. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

**From:** Hua Hou [mailto:hhou2011@gmail.com]
**Sent:** Wednesday, November 27, 2019 9:31 AM
**To:** Claudia Villaseñor Sanchez
**Cc:** Erin Harris
**Subject:** Re: Stem | Hou, Hua | RFE