# Exhibit 11

May 2, 2019

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**



STEM INC
c/o CLAUDIA VILLASENOR SANCHEZ
BERRY APPLEMAN & LEIDEN LLP
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON, TX 75082

WAC1904950969

Form I-129, Petition for a Nonimmigrant Worker



## WITHDRAWAL

On November 19, 2018, you filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS). In order to withdraw a petition, you must request a withdrawal before USCIS issues a decision. Title 8, Code of Federal Regulations (8 CFR) § 103.2(b)(6) states:

> Withdrawal. An applicant or petitioner may withdraw a benefit request at any time until a decision is issued by USCIS or, in the case of an approved petition, until the person is admitted or granted adjustment or change of status, based on the petition. However, a withdrawal may not be retracted.

Subsequent to the filing of the petition, you submitted a written notice requesting the withdrawal of the above-mentioned petition. Pursuant to that request, this notice is the official acknowledgment of your request to withdraw the petition and the record will reflect that your petition has been withdrawn.

The withdrawal of this case is the final action for which there are no appeal rights. However, per 8 CFR § 103.2(b)(15), the withdrawal does not preclude the filing of a new benefit request with a new fee. Please note that the facts and circumstances of the withdrawal may still be considered in the adjudication of future benefit requests, as outlined in 8 CFR § 103.2(b)(15).

Sincerely,

Kathy A. Baran
Director, California Service Center