# Exhibit 13

**Michael Moore**
**Associate Attorney**

**Direct: +1 857 305 4457**
**mmoore@fragomen.com**

# FRAGOMEN

ATTORNEYS AT LAW

Fragomen, Del Rey, Bernsen & Loewy, LLP
100 High Street, 3rd Floor
Boston, MA 02110
Main: +1 617 574 0400
Fax: +1 617 226 4561
www.fragomen.com

November 27, 2019

**VIA FEDERAL EXPRESS**

ATTN: PREMIUM PROCESSING
Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road
2nd Floor, Room 2312
Laguna Niguel, CA  92677

RE: **H-1B**     **Visa Petition of Amazon.Com Services, Inc., and Request for**
       **Nonimmigrant Status on behalf of Mr. Hua HOU**

Dear Sir or Madam:

In support of the referenced petition/application, we are enclosing the following:

**Mr. Hua HOU**
1. Form G-28, Notice of Appearance as Attorney;
2. Form I-907, Request for Premium Processing;
3. Form I-129, Petition for Nonimmigrant Worker with H Supplement, in duplicate;
4. Form I-129, H-1B Data Collection & Filing Fee Exemption, in duplicate;
5. Form ETA-9035 & 9035E, Certified Labor Condition Application, in duplicate;
6. Supporting Letter of Amazon, in duplicate;
7. Copies of supporting documentation, in duplicate, including:
   - Academic and professional credentials, with transcripts and equivalency evaluation;
   - Form I-94, Arrival/Departure Record, with H-1B visa;
   - Biographic page of passport;
   - Past H-1B Approval Notice; and
8. Pre-paid Federal Express Envelope for return of approval notice; and
9. Filing fees in the amount of $1410, $1500, $500, and $460.

Should you require any additional information or documentation, please contact this office directly.

Very truly yours,

Michael Moore

MM/mb, enc.

Bangalore* • Beijing* • Boston • Brisbane* • Brussels • Canberra* • Chicago • Coral Gables • Dallas • Dubai* • Frankfurt • Hong Kong* • Irvine
Johannesburg* • Kochi* • London • Los Angeles • Matawan • Melbourne* • New York • Paris** • Perth* • Philadelphia • Phoenix • San Diego
San Francisco • San Jose, Costa Rica* • Santa Clara • Shanghai* • Singapore* • Sydney* • Toronto* • Troy • Washington, DC • Wellington*

*Affiliated through Fragomen Global Immigration Services LLC • **Correspondent Office