# Exhibit 15



# Response To USCIS' Request For Evidence Was Received

On April 23, 2019, we received your response to our Request for Evidence for your Form I-129, Petition for a Nonimmigrant Worker, Receipt Number WAC1904950969. USCIS has begun working on your case again. We will send you a decision or notify you if we need something from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ?