# Exhibit 18

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| WAC1904950982 | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| **Received Date** | **Priority Date** | **Applicant** |
| 11/19/2018 | | SUN, LUQIN |
| **Notice Date** | **Page** | **Beneficiary** |
| 11/19/2018 | 1 of 1 | SUN, LUQIN |

LUQIN SUN
c/o CLAUDIA VILLASENOR SANCHEZ
2400 N GLENVILLE DR BLDG A STE 100
RICHARDSON TX 75082

**Notice Type:** Receipt Notice
Amount received: $370.00 U.S.
Class requested: H4

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.** This will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing Time** - Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or visit www.uscis.gov/addresschange to give us your new mailing address. Otherwise, you might not receive notice of our action on this case.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| SUN, LUQIN | 08/14/1974 | CHINA, PEOPLE'S REPUBLIC OF | H4 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

**USCIS Contact Center: 1-800-375-5283**

