# Exhibit 21

## THE UNITED STATES OF AMERICA

| Receipt Number | USCIS Account Number | Case Type | |
|---|---|---|---|
| YSC1790059706 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| Receipt Date | Priority Date | Applicant | |
| 12/12/2016 | | A140 083 696 LUQIN SUN | |
| Notice Date | Page | | |
| 03/22/2017 | 1 of 1 | | |

LUQIN SUN
1801 SHORELINE DR APT319
ALAMEDA  CA  94501

**Notice Type:**  Approval Notice
Class: C03C
Valid from 02/01/2017 to 01/31/2019

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

If You Have a Pending Form I-485

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Potomac Service Center
2200 Potomac Center Dr
STOP 2425
Arlington VA 20598-2425

**Customer Service Telephone: 800-375-5283**