# Exhibit 22

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1890000921 | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 09/28/2017 | | HOU, HUA |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 02/23/2018 | 1 of 1 | HOU, HUA |

HUA HOU
c/o HUA HOU
125 WOODCREEK TER
FREMONT CA 94539

**Notice Type:** Approval Notice
Class: F2
Valid from 02/21/2018 to Duration of Status(DS)

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status for the named applicant(s) is also listed above. An updated Form I-94 is included in the lower portion of this notice. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States.

If any person included in this application must depart the U.S., he or she may wish to take the lower portion of this notice to facilitate his or her return to this status. If a visa is required, he or she must obtain a new visa in the new classification before returning to the U.S.

In a small number of cases, a visa is not required of nationals of certain countries. These applicants should present the lower portion of this notice at the port-of-entry with any other documentation necessary to show admissibility.

If the applicant has any questions about the new status that has been granted, he or she should call the local USCIS office.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

**Customer Service Telephone: 800-375-5283**



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records
**Receipt#** WAC1890000921
**I-94#** 526226773 30
**NAME** HOU, HUA
**CLASS** F2
**VALID FROM** 02/21/2018 **UNTIL** Duration of Status (DS)

**APPLICANT**
HOU, HUA
125 WOODCREEK TER
FREMONT CA 94539

**526226773 30**
**Receipt Number** WAC1890000921
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Applicant:** HOU, HUA

| 14. Family Name HOU | | |
|---|---|---|
| 15. First (Given) Name HUA | | 16. Date of Birth 01/23/1974 |
| 17. Country of Citizenship CHINA, PEOPLE'S REPUBLIC OF | | |

**FORM I-797A [REV. 08/01/16]**