IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HUA HOU and LUQIN SUN,                       §
                                             §
              Plaintiffs,                     §
                                             §  Civil Action No. 3:21-CV-2958-D
VS.                                          §
                                             §
BERRY APPLEMAN & LEIDEN                       §
LLP and CLAUDIA                               §
VILLASEÑOR-SANCHEZ,                           §

## JUDGMENT

For the reasons set out in memorandum opinions and orders filed on June 23, 2022, September 23, 2022, and today, it is ordered and adjudged that plaintiffs' action against defendants is dismissed with prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiffs.

Done at Dallas, Texas November 28, 2023.


_____
SIDNEY A. FITZWATER
SENIOR JUDGE